**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOUYEN BROWN LOPEZ** et al., | Civil Action No. 1:25-cv-02408-TJK |
| *Plaintiffs*, | |
| v. | **APPLICATION FOR PRELIMINARY INJUNCTION** (Oral Argument Requested) |
| **UNITED STATES OF AMERICA** et al., | |
| *Defendants*. | |

This case involves the federal government's plan to transfer an Apache sacred site, Oak Flat, to a private mining company for the purpose of creating a copper mine that will obliterate the site—destroying a traditional cultural property and permanently ending centuries-old religious practices. The government intends to effectuate the transfer on August 19, 2025.

Accordingly, Plaintiffs seek preliminary injunctive relief under Federal Rule of Civil Procedure 65(a). For the reasons stated in the accompanying statement of points and authorities, along with its attached exhibits, the Court should preserve the status quo by preliminarily enjoining Defendants from conveying Oak Flat to the mining company or otherwise allowing or authorizing the company to take any action affecting Oak Flat's physical integrity. As explained in the statement of points and authorities, Defendants' actions likely violate the Religious Freedom Restoration Act (RFRA), the First Amendment to the United States Constitution, the National Environmental Policy Act (NEPA), and the National Historical Preservation Act (NHPA), and Plaintiffs will suffer immediate, irreparable harm as a result of those actions

Because the government intends to transfer the site on August 19, 2025, expedition is essential. In particular, Plaintiffs respectfully seek a preliminary injunction by **August 12, 2025**. In accordance with Local Civil Rule 65.1(d), Plaintiffs request oral argument on this motion. To

1

ensure sufficient time for a ruling and potential appeal prior to the land transfer, Plaintiffs respectfully request the following briefing and hearing schedule:

- **July 25, 2025:** Plaintiffs' Application for Preliminary Injunction filed

- **August 1, 2025:** Defendants' response to Application for Preliminary Injunction due

- **August 5, 2025:** Plaintiffs' reply in support of Application for Preliminary Injunction due

- **August 8, 2025:** Hearing on Plaintiffs' Application for Preliminary Injunction

Plaintiffs submit this motion one day after filing their complaint, and Defendants have not yet entered an appearance. However, on July 25, 2025, opposing counsel contacted Plaintiffs and indicated that the Department of Justice will represent all Defendants. Plaintiffs conferred with opposing counsel regarding Plaintiffs' Application for Preliminary Injunction, and opposing counsel indicated that Defendants oppose this motion.

A proposed order is submitted contemporaneously with this motion.

Respectfully submitted,

*/s/ Christian J. Myers*
Christian J. Myers (Bar ID: 1658355)
Madeline Bergstrom*
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Ave. NW, Suite 900
Washington, DC 20001
(202) 689-2807
josh.myers@nelsonmullins.com
madeline.bergstrom@nelsonmullins.com

*application for admission forthcoming

Miles E. Coleman *†
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 W. Washington Street, Suite 400
Greenville, SC 29601
(864) 373-2352
miles.coleman@nelsonmullins.com

*application for admission pending
†application for admission *pro hac vice* forthcoming

Jeffrey A. Wald†
Nelson Mullins Riley & Scarborough LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
jeffrey.wald@nelsonmullins.com

†application for admission *pro hac vice* forthcoming

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Application for Preliminary Injunction, Statement of

Points and Authorities, and accompanying exhibits were served July 25, 2025, in accordance with

Federal Rule of Civil Procedure 5(b) and this Court's CM/ECF filing system on counsel of record

as follows:

Erika D. Norman
U.S. Department of Justice
150 M Street, NE
Washington, DC 20002
Phone: (202) 305-0475
E-mail: erika.norman@usdoj.gov

*Counsel for Defendants*

Michael Robert Huston
Perkins Coie LLP
2525 East Camelback Road
Suite 500
Phoenix, AZ 85016
Phone: (602) 351-8062
E-mail: mhuston@perkinscoie.com

*Counsel for Intervenor Defendant*

*/s/ Christian J. Myers*
Christian J. Myers