**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GOUYEN BROWN LOPEZ**, et al., | Civil Action No. 1:25-cv-02408-TJK |
| *Plaintiffs,* | |
| v. | **DECLARATION OF** |
| | **GOUYEN BROWN LOPEZ** |
| **UNITED STATES OF AMERICA**, et al., | |
| *Defendants.* | |

I, Gouyen Brown, under the penalties of perjury state and declare:

1.   I am over the age of 18 and have personal knowledge of all of the contents of this declaration.

2.   I am an Apache woman and I practice the Apache religion as it was taught to me.

3.   From my early childhood, I have memories of visiting and attending ceremonies at Oak Flat. Some of my earliest memories are being at dances as a young child where I would run and play with my cousins. I was too young to understand the significance of the ceremonies and the place then, but Oak Flat was a place where I felt safe.

4.   As I grew up, and especially after my Sunrise Ceremony, I began to understand more deeply the significance of Oak Flat.

5.   Our religious beliefs are a part of how we have lived as Apache forever. Our sacred places are where we go to pray. It is like when Christians will go to a church. But for us it is not in a building. It is in nature at Oak Flat. At Oak Flat I am most closely connected to Usen and to Mother Earth. And at Oak Flat we encounter the Ga'an. They are our protectors, like angels. They come to our aid when we need them. In our prayers and songs and dances they are protection for us. The Ga'an come down and they protect our people.

6.   I had my Sunrise Ceremony at Oak Flat in 2019.

7.   The Sunrise Ceremony is where an Apache girl becomes a woman. The ceremony takes place over several days and the preparation starts months before.

8.  My ceremony was at the end of the week, starting on Friday. But the preparations began long before and involved collecting materials and creating the clothing and instruments for the ceremony.

9.  For my ceremony, I moved onto Oak Flat on Monday. As a part of the ceremony the girl builds a traditional Apache house, called a wickiup, where she will live for the remainder of the dance. Building the house teaches the girl what she needs to go through to become a woman. The house is made of trees and leaves and tied with a rope made from the ground. This portion of the ceremony teaches a girl that she is able to house and provide for her children using only what Mother Earth has provided for her to survive. Older women who have been through the process before help the girl put the house together. For my ceremony, my aunts and cousins who had their dances before helped me build my house. And I'll be able to help my sister build her house when she has her dance.

10.  For the girl and the dancers, preparation continues throughout the week. For my ceremony, we started rehearsing the dances on Wednesday and Thursday. Those days are when the camp singer starts singing the songs and when the girl and her family build the kitchen and the dance ground for the ceremony. Those days are for the close family. For my ceremony it was a small and intimate time before more family, friends, and community arrived.

11. The official start of my ceremony was Friday. On that first day, the girl wakes up before the sun and she starts by making food. I made four different types of bread—donkey bread, ash bread, fry bread, and tortillas. The food is a gift for the girl's godmother and for the medicine man who guides her through her ceremony and dances. At my ceremony, I danced a basket full of the four breads over to my medicine man and my godmother. I offered the bread to thank them for taking me in and for helping me through this dance. As I prepared the bread, I danced over everyone and over the food.

12. On this day, others are also making food to thank everyone who is coming and to prepare for what is about to happen.

13. Later on the first day, there is the Dressing. During the Dressing, the medicine man gives the girl the buckskin clothing that he has prepared for her. And he gives her the cane that he has made. The ceremony incorporates many elements of the cycle of life and the four phases of life (one is baby, two is a teenager, three is adult, and four is when you are old). Four is a significant number for the Four Ways and also the four parts of the circle of life. Many elements of the ceremony and the dances incorporate this.



14. The cane is given as support and it is what the girl will use once she is elderly. It is made from a strong wood by a medicine man and it helps her get through her transition to womanhood. So she will have it to use again when she is elderly and it is a part of coming through the full circle.

15. After the Dressing, there are many songs and then those in attendance pray for the girl. Then she bangs her cane on the ground for the first time, which symbolizes entering the first corridor of her space.

16. On the first night, there is bonfire and the camp singer sings songs. This is in preparation for what is to come the next day, which is the longest day with the most dances.



17. On the second day, the dances start before the sun comes up. On this day there are 32 dances and songs throughout the course of the day. The dances on this day face the sun and are about preparing for the hardships of life. To me this day is to teach that life is always going to be hard and that we are supposed to go through hardships and they affect and change us for the better. But learning to go through hardship teaches you that you can overcome it.



18. The second day of my ceremony was Saturday. In addition to the many dances, we also put out fruits and candy and other items as gifts for those who were present and there as support. Then there is a blessing prayer where the godmother and godfather and others pray for the young woman. For me this symbolizes the people who the girl will be able to rely on later in life. This was a very emotional part of the ceremony for me.

19. The night of the second day is when the Ga'an arrive. It is always five girls that dance that night. And there is a girl behind each Ga'an dancer. The girls follow the Ga'an and it represents that the Ga'an are there to guide you in life and you follow them. This is a dance that takes a lot.

But the Ga'an are there to help and guide us and tell us where to go and what to see. The Ga'an coming down is a blessing and a prayer.

20. The final day of the Sunrise Ceremony starts with a dance. The girl is under the teepee in her house. Her godfather comes to get her and takes her to get her godmother. This is symbolically taking her out of her house and the godfather and godmother taking her into their family. This shows her that her new family is with her—they are all dancing with her. Then the girl is painted with a special white paint. The paint is made from white sand, earth, and water and is blessed. The girl is painted all over to represent the White Painted Woman who came from the ground at Oak Flat. She is a central figure in our way as Apache women and who we look up to. After the girl is painted all over, her godmother wipes her eyes. When her eyes are cleared, she is a woman.



21. When I was young, I was told that I would see the world differently after my godmother wiped the paint from my eyes. I was told many things that I would experience in my ceremony. I understood the symbolism, but I was not sure that I would feel any differently when I went through the dances and the painting and the other parts. But when I had my ceremony, it happened like I had been told. When I opened my eyes after I was painted, I saw the world differently. My ceremony was a transformational moment in my life.

22. The elements we use in the ceremony connect us to the earth. They come from the holy ground at Oak Flat. The white paint is made from sand, earth, and water from a sacred spring. And the girls are painted with it to embody the White Painted Woman in becoming a woman. It amazes me how much earth we use in our dance. We dance on the ground with dirt and we use wood that we gather ourselves. Everything the girl is wearing is from Mother Earth. The necklace and cane are wood. The buckskin the girl wears is from an animal. There are feathers and other pieces with buckskin involved. Anything we use, we pray for and dance for. When we take these things we let Mother Earth know it is going to be put to good use and thank her for letting us use them.

23. Having my Sunrise Ceremony at Oak Flat connects me to Mother Earth, to the White Painted Woman, and to Oak Flat in a unique way. I cannot have that same connection anywhere else.

24. Oak Flat is where I became an Apache woman. It is where I was taught the circles of life. And I hope to experience all of the stages of the circle of life there. When I have kids of my own, I will take them to Oak Flat and show them where my ceremony was and let them have that experience. I want to show my kids where my house and the campground and the dance were. I can still envision it, and it makes me so happy to know I can go back to a place where I can physically be there to see it and feel what I felt in my ceremony.

25. I remember every little thing about my ceremony. I remember where I ran back from the dance to the house I built and where I almost tripped over a stone. I remember where every part of the ceremony happened. I remember where I ran to and the parts of the dance where I was growing to be a woman.

26. Taking away Oak Flat is taking away my experience and my way of teaching where I have gone to be with my elders and ancestors. My grandpa was at my dance. He passed away two years ago. I feel a special connection to him when I am at Oak Flat. When I go to Oak Flat, I am able to be back in my roots and to hear the songs and to feel the connection. Oak Flat is home. This is where I feel happiest and safest. And I want my daughters to have these places that are sacred to

me. I want to be able to teach my kids about these things at Oak Flat and really show them what it is to be Apache and to have these places that are sacred to us.

27. My connection to Oak Flat is an essential part of being Apache. And destroying Oak Flat would take away a part of my identity, my humanity. If a church were to be taken away, they can rebuild it somewhere else because it's a building. But you can't rebuild Mother Earth. We can't just dig up Oak Flat and take it somewhere else. And even if we could, it's not right. Because this is where it was created, where it is supposed to be, and where its meant to be. My sacred practices that are tied to Oak Flat cannot be taken somewhere else.

28. The government has slowly stripped away pieces from us and the sacred places are being taken away one by one. They take one and say you have the others. But they take more and more and eventually there is nothing left, no more places to go. When you take everything away there will be nothing left. Part of what makes us Apache is being able to practice at Oak Flat. We go to Oak Flat to learn and look on our ancestors and our way of life and to connect with our spirits, our Ga'an, and our deities. Taking that away is taking away what makes us human. We are created and given life to witness all that Mother Earth has given us. By destroying Oak Flat you are destroying that life and that purpose.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 24, 2025.

Gouyen Brown Lopez