#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOUYEN BROWN LOPEZ**, et al., | Civil Action No. 1:25-cv-02408-TJK |
| *Plaintiffs,* | |
| v. | **DECLARATION OF SINETTA LOPEZ** |
| **UNITED STATES OF AMERICA**, et al., | |
| *Defendants.* | |

I, Sinetta Lopez, under the penalties of perjury state and declare:

1. My name is Sinetta Lopez. I am over the age of 18 and have personal knowledge of all of the contents of this declaration.

2. My mother is San Carlos Apache and my father is Pomo. I grew up spending time on the San Carlos Apache Reservation in rural Southeast Arizona.

3. Since I was a child, I learned about the significance Oak Flat as a sacred and religious place for the Apache people. This place has been important to our people since time immemorial. Since I was a child, I have gone there to take part in religious ceremonies, prayers, and other practices. I still go there to practice my religion and I take my daughters there to teach them our Apache religion.

4. Oak Flat is located east of Superior, Arizona, between Apache Leap and Ga'an Canyon. This map shows the area where certain critical sites are located, including sacred ceremonial grounds, ancient oak groves, sacred springs, medicine-gathering areas, and petroglyphs. This is where we hold many of our sacred ceremonies.



5. Growing up, my mother and maternal grandmother talked about our Apache ancestors and the places that were sacred to them. I was raised always knowing that Oak Flat is a sacred place to us. They took me to Oak Flat to gather berries, connect with our ancestors, pray, and be in the presence of the good spirits and deities that reside there. When we were at Oak Flat, my grandmother would always pray.

6. As an Apache, Mother Earth is particularly important. The Earth is what fed us and gave us our medicine and the resources we use for religious ceremonies. Our prayers talk about the trees, water, and the sacred mountains. And at Oak Flat there is a unique connection to the Creator and the event of creation. The White Painted Woman was born there. This is the birthplace of our religion, the home that we are connected to. There is power there and a connection to the Creator and the Ga'an that is not present elsewhere.

7. There are sacred springs that I visit at Oak Flat. There are ancient petroglyphs that are amazing. When we see those petroglyphs, we know we are stepping to the place where our ancestors lived and worshipped. It solidifies my connection with our ancestors who lived and worshipped here. I cannot experience that same spiritual connection to our people and our faith anywhere else. This is where our people have lived and died. That is the most important thing for us.

8. I am a mother. As a mother and an Apache woman it is very important to me to raise my children in our Apache religion. My oldest daughter, Gouyen Brown, is 21 years of age. I also have an 11-year-old daughter, L.B.

9. Beyond protecting my own religious practices, I want to protect my daughters' ability to grow up being a part of the Apache religion and culture and particularly the connection to Oak Flat.

10. As a mother, I have worked to make sure that my daughters understand their Apache history, culture, people, and religion. I named my girls after Apache women who had important roles in fighting for our people. And I have worked hard to make sure my daughters are connected to their religion, culture, and people.

11. My mother was sent to the boarding schools as a child where she was disconnected from her Apache culture, language, and beliefs. So when my mother had children, it was important to her that we grow up in the Apache world. My mother made sure I spent a lot of time with my grandmother as a child, and I learned a lot of our stories from her. I learned about Oak Flat from her.

12. I want to make sure my daughters do not have this disconnect from our Apache ways that my mother experienced. So I go with my daughters to family events and ceremonies most weekends and keep taking them to Oak Flat.

13. I have raised them in our Apache faith. They learned to make their bread, which is a part of our ceremonies including the coming-of-age ceremony. They were taught to pick the acorn and berries at Oak Flat. And my daughters are learning how to sew and bead, which is part of our

3

culture and our ceremonies. It's important that they are reminded who they are, where they come from, and what their roots are.

14. It is important to me that my daughters understand what our Apache people believe in and what is sacred to us. My daughters have been taught and understand the sacredness of Oak Flat. They have heard the history that our people have there. Many of our family members were blessed at Oak Flat. My father was blessed there.

15. If Oak Flat is destroyed, I will be unable to pass on my faith on to my daughters or raise them with the ceremonies and spiritual experiences that are central to our Apache religion.

16. My girls have a special connection with Oak Flat.

17. My oldest daughter, Gouyen, had her Sunrise Ceremony at Oak Flat. She has a special connection to this place. It is the place that she was reborn. Oak Flat is her spiritual home. When the wikiup from her ceremony was still up, she would go and visit it there. And Oak Flat is still the place where she feels safe. When she has a bad week, she goes to Oak Flat to pray, connect with the Creator, and be at home.

18. My younger daughter, L.B., also has a special connection to Oak Flat. She suffered with Graves Diseases and was healed when she drank water from a sacred spring at Oak Flat. She has also had profound dreams and seen spirits at Oak Flat.

19. L.B's Sunrise Ceremony will be this year. We are planning for her ceremony at Oak Flat in October. Having her ceremony at Oak Flat ties her deeply to her sister, Gouyen, whose dances were at Oak Flat. It ties her to our ancestors who lived and held ceremonies there. It is the place of her own healing, dreams, and encounters with spirits. She cannot have that experience anywhere else. If Oak Flat is taken away, she can never have that connection. It would be devastating.

20. So much has been taken from our people. And my daughters have learned that history of how we have had to fight to keep our places and our culture and our practices. And now they see that they still have to keep fighting for their people and their places. When we are told that we should be content to hold our ceremonies at the reservation instead of at our sacred places, that is a misunderstanding of our practices. We were forced onto the reservation. It is not our home. Oak

Flat is our home. There no way to replace the ceremonies and the connection that take place there. It is the original place and has a special power and connection with the Ga'an, who are angels or messengers between the Creator and humans, and the White Painted Woman or Changing Woman, the first matriarch of our people. Those connections are unique to Oak Flat. Discounting the power of that place is like saying to Christians that there isn't anything unique or special about the Church of the Holy Sepulcher or the places Jesus walked. We wouldn't let those places be turned into copper mines.

21. For my daughters, Oak Flat being destroyed would be devastating. It would take away their identity and would make it impossible to continue essential religious practices. The threat to Oak Flat is confusing and painful. It is a threat to their connection with their ancestors and the people who have passed before—especially those that have had their dances at Oak Flat.

22. If L.B. cannot have her ceremony at Oak Flat, a part of her will be missing—that is how close to Oak Flat she is. Oak Flat is all she knows and it is the place she has been connected to her religion since she was a baby. Oak Flat is central to the stories and the history she's learned about and the unique connection and feelings she gets when she's there. As a mother, to tell her that it is all going to be destroyed because they want to make money is unthinkable. I am praying that this place will be saved.

23. The threat to Oak Flat is a threat to my ability to practice our religion and pass on our religion to my daughters. This is one of the few sacred places we have left that is still alive. I want my daughters to have the right to have that spiritual connection, sacredness, and safety. It essential that our children experience this place that is sacred to our people—that we have our religion, our culture, our holy place.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July 24, 2025.

                                          *Sinetta Lopez*
                                          Sinetta Lopez