IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOUYEN BROWN LOPEZ**, et al., *Plaintiffs,* v. **UNITED STATES OF AMERICA**, et al., *Defendants.* | Civil Action No. 1:25-cv-02408-TJK **DECLARATION OF NOMIE BROWN** |

I, Nomie Brown, under the penalties of perjury state and declare:

1. My name is Nomie Brown. I am over the age of 18 and have personal knowledge of all of the contents of this declaration.

2. I am an Apache woman. For myself and many other Apaches, Oak Flat is a sacred place. Some people say it is like a church. But it's more than that. It's not just our church; it's our home. It's where we come from. It's where we learn all of our teachings. It's our whole way of life.

3. My earliest memories of Oak Flat are from my father's stories. He would tell me about the ceremonies our ancestors had there and the ceremonies there that he would always participate in.

4. Oak Flat was also at the heart of my grandfather's life. I began to learn more about Oak Flat when my grandfather, who was very sick, was healed after visiting Oak Flat. We believe that his healing was the result of the blessings he gained there and the prayers he said there.

5. I had my Sunrise Ceremony at age 16, which is the ceremony in which I fully became an Apache woman. The Sunrise Ceremony fundamentally changed my life. Although I'm now 21 years old, I still think about my Sunrise Ceremony all the time. I remember everything about it.

6. As part of the ceremony, the women in my family helped me build the traditional house I would stay in during the several days of the ceremony. Before my ceremony, I had never gotten to know some of the women in my family that well. But that all changed in building the house together. I had never seen women being so strong before. I came to understand that they were there to support me as I became an Apache woman like them.



7. In spending so much time at Oak Flat, I came to feel a profound connection to it, from the water that was there to the sound of the birdsong in the morning. I got the most peaceful sleep there that I had ever had. And that connection was my gateway to understanding who I was as an Apache and where I came from.

8. At one point, when I was dancing on my knees as part of the ceremony, I became so tired that I just wanted to give up. The only way I was able to carry through was by focusing on one particular tree and trying not to think about anything else. Later, when the clay was wiped from my eyes, that same tree was the first thing that I saw. But everything had changed. I saw everything differently. I didn't know who I was until I had my Sunrise Ceremony at Oak Flat.



9. After the ceremony, the house built for the ceremony is usually taken down. But I left mine up, as a sign that we Apaches aren't gone—we're still here, and we still go to our home, Oak Flat.

10. I still practice my way of life at Oak Flat and visit it as often as I can—to attend other Sunrise Ceremonies, participate in different types of ceremonies, and to pray and worship by myself.



11. There is no other place where I have the same connection as Oak Flat. When you have your Sunrise Ceremony at Oak Flat, a piece of you gets left there. That's why you always need to go back. It grabs you and it holds you. I belong there, and nothing can bother me when I am there.

12. I want to help bring up the next generation to share our way of life. That can't be done without Oak Flat.

13. I have a niece and a nephew. My nephew just learned about Crown Dancers—the Apache men who embody the Ga'an during our ceremonies. He has a very big interest in it and loves practicing the dances.

14. My niece asks if she can be like me when she grows up—an Apache woman formed by Oak Flat. I hope that she can.

15. If I have any children of my own, part of raising them would be passing on our faith and our traditions—which would mean knowing Oak Flat like I do and experiencing that connection.

16. If the government's plan to destroy Oak Flat goes through, it would be devastating to my people and to me specifically. Not only a place where I practice my faith, but a part of me and of all Apaches, would be gone.

17. For Apaches, there is no other place like Oak Flat. It is the direct corridor to the Creator. We have a connection and experiences and practices there that we cannot have anywhere else.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July 24, 2025.

_____
Nomie Brown