IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GOUYEN BROWN LOPEZ**, et al.,

    *Plaintiffs,*

v.

**UNITED STATES OF AMERICA**, et al.,

    *Defendants.*

Civil Action No. 1:25-cv-02408-TJK

**DECLARATION OF ANGELA KINSEY**

I, Angela Kinsey, under the penalties of perjury state and declare:

    1. My name is Angela Kinsey. I am over the age of 18 and have personal knowledge of all of the contents of this declaration.

    2. I am an Apache woman. My father is full-blooded Apache—Western Apache and Tonto Apache from San Carlos. My father's mother is from the Tanasgizn clan, the Washed people. My father's father belonged to the Hak'aye' clan, the Grinders. My mother is non-Native.

    3. I grew up in Phoenix, Globe, and San Carlos. On the reservation, my grandparents and my father shared stories with me about Apache life and our tribe's spiritual ties to Oak Flat.

    4. When my father was growing up, he and his family would spend whole weeks at Oak Flat. Nowadays, a trip to Phoenix might take two hours, but back then, the trip could take a whole day. My father and his family would camp at Oak Flat for a week or two, harvesting acorns and medicine, holding ceremonies, praying, and connecting with the Earth.

    5. When I was a young girl, my family and I would often gather at Oak Flat for acorn picking, gathering medicines, and ceremonies. I remember as a small girl, I would hop in the back of a pickup truck and travel to Oak Flat with my grandmother, aunties, and cousins. I remember harvesting acorns and bringing them to my grandmother, laying them on a blanket, and sorting them—all while my grandmother and aunties told us stories about our peoples' history and ceremonies and instructed us in traditional Apache ways.

6. To me, Oak Flat is home. When I walk the hills at Oak Flat, I feel a spiritual connection to the land. I know that I am not walking alone because I feel a connection to my tribe and my ancestors who were there since time immemorial. When I'm at Oak Flat, I know that I'm safe and where I belong.

7. I pray whenever I'm there—both the good things and the unhappy things—because at Oak Flat, I have a special connection with Usen, the Creator, and the Ga'an. I take off my shoes and plant my feet on holy ground to connect with the Creator, Mother Earth, and the spirits there.

8. For me, being at Oak Flat is like being at the highest cathedral, like going to see the Pope at St. Peter's Basilica. The connection at Oak Flat is so powerful. You can feel it in the mountains, in the water, in the trees. It's like your whole body is just crying out that you're finally home. That's our place. We have it there at Oak Flat. You can't replace a place of that power and that connection with the Earth and with your soul. And it's not just me, but the people for generations before me. It is our religious home. You can't recreate what is there.

9. I've had the honor of being a godmother at a sunrise ceremony. During my coming of age, I had a massage ceremony, and life after that was full of stories, traditions, and instructions shared by my father, grandparents, aunties, uncles, and cousins on how to conduct myself as an Apache woman. When that day came to accept a stone to become a godmother, I was ready for the honor and responsibility. Being able to experience an entire sunrise dance ceremony, dancing and praying in honor of my goddaughter is among the highest honors I've received in my life. Being there with my goddaughter, lifting her up by dancing and prayer, becoming one with the spiritual connection of Oak Flat, of the Ga'an and the drums—the heart of the earth, that connection allowed me to push through the hardship of the ceremony, the spirit lifted us to use our inner strength to keep going and dance with pride.

10. I have two daughters. V.K. is thirteen, and M.K. is four. My older daughter V.K. had a massage ceremony at Oak Flat for her coming of age earlier this year.

11. Ahead of V.K.'s massage ceremony, we searched for a godmother for V.K. The right godmother is important because that woman serves as an example to the young girl undergoing the ceremony, and a godmother imparts strength to her goddaughter during the ceremony.

12. V.K.'s massage ceremony began before sunrise at Oak Flat, under a big oak tree. We thanked the land for being there and brought out food that we had prepared days before. We laid down four blankets and a buckskin. We then prayed and introduced V.K., our family, and V.K.'s godmother's family. V.K.'s godmother brought four more blankets. Then the godmother laid V.K. on the ground. V.K. raised her chin up—they are taught to do that throughout the ceremony to show their strength. Then, V.K.'s godmother began massaging V.K. in all four directions. Massaging is not just going through the motions; the focus is prayer. You're praying for the young girl, for her future, and for your strength to flow into her. You massage her mouth so that she can speak well, her hair and her face so that she can be beautiful, her ears so that she can hear the words of her ancestors and your prayers.

13. During the ceremony, the trees sang, and the winds came for V.K. The Earth and Usen were centering her—centering her at Oak Flat. When the massage was complete, V.K.'s godmother and godfather stood her back up, and the medicine man sang four songs that encapsulate the Sunrise Ceremony and we all danced. That's her moment when she emulates the White Painted Woman and when she is most connected with the Earth and with the Creator. We then gave gifts—acorn, water, salt, baking soda, and flour—to V.K.'s godmother to say thank you for accepting our daughter. I will never forget this day. It was the day that our girl was changed into an Apache woman under the big oak tree at Oak Flat.

14. I asked V.K. how she felt about the ceremony, and she told me that she finally "got it"—meaning, she understood what I have been talking about all these years. She understood the connection between Oak Flat and her identity as an Apache woman and the reason I cry when I am Oak Flat, being blessed to share this sacred place with my daughters and at the same time overwhelmed with the sadness that this may be destroyed.

15. I hope that in the future, M.K., my four-year-old, will also be able to have a massage ceremony at Oak Flat. M.K. is very interested in Apache history and traditions. For example, in the car, she often asks me to play songs from sunrise dances and music from crown dancers.

16. I fear that M.K. will not be able to have these experiences if Oak Flat is destroyed. The mine would permanently destroy Oak Flat and our connection to Usen and the Ga'an.

17. I have heard people say that we need the mine because it will provide forty years of copper. But would forty years of copper be enough to destroy St. Peter's Basilica? That is basically what this mine will do. The mine will destroy not just my connection, or my kids' connection, to Oak Flat; it will destroy my people's connection and my children's children's connection to Oak Flat. It would make it impossible to carry out our religious ceremonies or pass on our traditions to future generations.

18. This is what I mean when I say that I am a product of colonization. We have already forgotten so much Apache history and tradition. Even though my grandmother tried her best, she couldn't teach me everything about our religion and our people because she didn't learn everything herself. She was an orphan and was separated from her brother and sent to boarding school. Her brother was sent to boarding school in Phoenix and then San Francisco. He never returned to Oak Flat because he lost his identity and connection to his religion. He never got to live as an Apache. It was only after he died that my aunt brought his body home.

19. I feel like the same thing is happening with this mine at Oak Flat. If the mine is allowed to be built, it will be impossible to practice Apache religion as my ancestors did. We will lose our religion, our identity, and our sense of purpose. So much of what I know now about my Apache religion and history is because brave Apache women refused to forget their history and religion, preserved it, and passed it down to future generations. For things like the massage ceremonies and sunrise ceremonies, they said, "You will not take this away from our girls."

20. I am trying to do the same for my daughters and for future generations of Apache girls.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July 25, 2025.

*Angela Kinsey*

Angela Kinsey