**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOUYEN BROWN LOPEZ**, et al., *Plaintiffs,* v. **UNITED STATES OF AMERICA**, et al., *Defendants.* | Civil Action No. 1:25-cv-02408-TJK **DECLARATION OF MILES E. COLEMAN** |

I, Miles E. Coleman, state and declare as follows:

1. My name is Miles E. Coleman. I am a partner at Nelson Mullins Riley & Scarborough LLP. I represent Plaintiffs Gouyen Brown Lopez, Sinetta Lopez, L.B., Nomie Brown, Angela Kinsey, V.K., and M.K. in the above-captioned matter. I have personal knowledge of everything testified to in this declaration.

2. Attached as Exhibit A is a true and correct copy of the National Register of Historic Places registration form for Oak Flat, *Chí'chil Biłdagoteel* Historic District, Traditional Cultural Property, National Register of Historic Places Registration Form, NPS Form 10-900, National Park Service (Jan. 2016), available at https://www.resolutionmineeis.us/sites/default/files/references/nez-2016.pdf (redactions in original).

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July, 2025.

_____
Miles E. Coleman