Exhibit 1

NPS Form 10-900
OMB No. 1024-0018

**United States Department of the Interior**
National Park Service

## National Register of Historic Places Registration Form

This form is for use in nominating or requesting determinations for individual properties and districts. See instructions in National Register Bulletin, *How to Complete the National Register of Historic Places Registration Form*. If any item does not apply to the property being documented, enter "N/A" for "not applicable." For functions, architectural classification, materials, and areas of significance, enter only categories and subcategories from the instructions.

### 1.  Name of Property

Historic name: __ *Chi'chil Bildagoteel* Historic District, Traditional Cultural Property_
Other names/site number: __Oak Flat/ Apache Leap/ b)(3) 25 USC 43a _____
Name of related multiple property listing**:**
_____ N/A _____
(Enter "N/A" if property is not part of a multiple property listing

_____

### 2.  Location

Street & number: No street and number. Located east and northeast of Superior, Arizona. _
City or town: _____ State: _Arizona_____ County:  _Pinal  _____
**Not For Publication**: [ x ]    Vicinity: [ x ]

_____

### 3.  State/Federal Agency Certification

As the designated authority under the National Historic Preservation Act, as amended,

I hereby certify that this  **X** nomination ___ request for determination of eligibility meets the documentation standards for registering properties in the National Register of Historic Places and meets the procedural and professional requirements set forth in 36 CFR Part 60.

In my opinion, the property  **X** meets ___ does not meet the National Register Criteria. I recommend that this property be considered significant at the following level(s) of significance:

  **X** national      **X** statewide      **X** local

Applicable National Register Criteria:

 _X_ A      _X_ B      _X_ C      _X_ D

| |
|---|
| /s/  DAVID M. JOHNSON                                December 2, 2015 |
| **Signature of certifying official/Title:**                          **Date** |
| |
| **Federal Preservation Officer, USDA Forest Service, Southwestern Region** |

| |
|---|
| In my opinion, the property __meets __does not meet the National Register criteria. |
| |
| **Signature of commenting official:**                          **Date** |
| |
| **Title : State or Federal agency/bureau or Tribal Government** |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                                        OMB No. 1024-0018

Case 2:25-cv-02762-DWL   Document 15-7   Filed 07/25/25   Page 3 of 58

*Chí'chil Biłdagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State

---

## 4. National Park Service Certification

I hereby certify that this property is:

__entered in the National Register

__determined eligible for the National Register

__determined not eligible for the National Register

__removed from the National Register

__other (explain:) _____

_____
Signature of the Keeper                          Date of Action

---

## 5. Classification

**Ownership of Property**

(Check as many boxes as apply.)

Private:                    ☐

Public – Local              ☐

Public – State              ☐

Public – Federal            ☒

**Category of Property**

(Check only **one** box.)

Building(s)                 ☐

District                    ☒

Site                        ☐

Structure                   ☐

Object                      ☐

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State

**Number of Resources within Property**
(Do not include previously listed resources in the count)

| Contributing | Noncontributing | |
|---|---|---|
| _____ | _____ | buildings |
| _____17_____ | _____21_____ | sites |
| _____ | _____ | structures |
| _____ | _____ | objects |
| _____ | _____ | Total |

Number of contributing resources previously listed in the National Register ___0_____

**6.  Function or Use**
**Historic Functions**
(Enter categories from instructions.)
Religion _____ ceremonial site/ religious facility
Domestic _____ Apache camp/ secondary structure (agave roasting pits)
Defense _____ Apache battle site
Agriculture/Subsistence ___ processing (acorn gathering)
Landscape _____ natural feature (mountain, spring)


**Current Functions**
(Enter categories from instructions.)
Religion _____ ceremonial site/ religious facility
Agriculture/Subsistence ___ processing (acorn gathering)
Landscape _____ natural feature (mountain, spring)
_____
_____

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

## 7.  Description

**Architectural Classification**
(Enter categories from instructions.)
_N/A_____
_____

**Materials:** (enter categories from instructions.)
Principal exterior materials of the property: _____  N/A _____

**Narrative Description**
(Describe the historic and current physical appearance and condition of the property. Describe contributing and noncontributing resources if applicable. Begin with **a summary paragraph** that briefly describes the general characteristics of the property, such as its location, type, style, method of construction, setting, size, and significant features. Indicate whether the property has historic integrity.)

**Summary Paragraph**

The area known as Oak Flat on the Tonto National Forest and its surrounding landscape is of significant cultural importance to the Western Apache. It is known to the Western Apache as *Chí'chil Biłdagoteel*, (CHI CHILL BIŁ DAH GO TELL), "a broad flat of Emory oak trees." *Chí'chil Biłdagoteel* is a culturally and geographically defined landscape within the Tonto National Forest whose physical and spiritual integrity is vital to the continuation of fully effective Western Apache cultural practices, particularly to the San Carlos Apache Tribe. As defined here, *Chí'chil Biłdagoteel* covers an [redacted] which can be delineated as a historic district. The boundaries [redacted],
(b)(3) 25 USC 32A, (b)(3) ARPA, (b)(3) NHPA
[redacted] Tribal members continue to visit and evoke *Chí'chil Biłdagoteel* through prayer and song for a wide range of traditional needs, practices and ceremonies. The archaeological sites provide tangible evidence of the long standing importance of this area to the Apache and provide a continuous link from the past to present living Apache descendants. These (b)(3) ARPA, (b)(3) NHPA [redacted] that the Apache utilized this area in the past for many of the same reasons as today including resource procurement, and, (b)(3) 25 USC 32A, (b)(3) ARPA [redacted] *Chí'chil Biłdagoteel* clearly meets the definition of a Traditional Cultural Property (TCP).

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

## Narrative Description
### Environmental Setting
*Chí'chil Biłdagoteel* (b)(3) 25 USC 32A, (b)(3) ARPA, (b)(3) NHPA

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

This area consists largely of volcanic tuff eroded into boulder fields and canyons with shallow basins forested with encinal (madrean oak woodlands). The terrain of this area varies greatly, ranging from a relatively flat grassy basin to the vertical jagged cliffs (b)(3) 25 USC. There are several large groves of Emory oak, including the area (b)(3) 25 USC 32A (b)(3) 25 USC 32A a rare desert riparian area that contains running water and perennial pools that are used by a variety of animals including songbirds, mountain lion, fox, bear and coatimundi. Vegetation includes scrub oak, manzanita, catclaw acacia, agave, mesquite, pinyon pine, and juniper.

### Ecological and Cultural Integrity
Over the decades of administration by the Federal Government, *Chí'chil Biłdagoteel* has been impacted by recreation facilities, road construction, and mining activities. These structures and developments range from a public campground to the US Highway 60 which (b)(3) 25 USC 32A (b)(3) 25 USC 32A While these modern elements contained in the *Chí'chil Biłdagoteel* proposed site boundary have impacted the area, they have not irreparably compromised the integrity of this culturally important landscape. These roads are utilized by Apaches to access *Chí'chil Biłdagoteel,* and the campground sites and tables are utilized by tribal members when they gather acorns and other foods, (b)(3) 25 USC 32A

*Chí'chil Biłdagoteel* is a popular area for birding, hunting, hiking, camping, rock climbing, bouldering, canyoneering, picnicking, off-highway vehicle driving, and other recreational uses. Outside of the roads and the campground, *Chí'chil Biłdagoteel* is largely undeveloped, and still maintains integrity of location, design, setting, materials, workmanship, feeling, and association. For a traditional cultural property, integrity primarily centers on integrity of relationship and condition. The grassy basin, oak groves, boulders and jagged cliffs appear much as they did centuries ago, and the integrity of condition is satisfied. The relationship between the location and the beliefs and practices of the Western Apache are still strong, and *Chí'chil Biłdagoteel* (b)(3) 25 USC 32A to harvest plants, and to convey its significance for traditional practices. Apaches still come to *Chí'chil Biłdagoteel* every year for collecting herbs and acorns. (b) (6), (b)(3) 25 USC 32A

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████ The Apache archaeological sites are also largely intact, and retain integrity of location, design, setting, material, workmanship, feeling and association.  *(continued on page 14)*

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                              OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State

_____

### 8. Statement of Significance

**Applicable National Register Criteria**
(Mark "x" in one or more boxes for the criteria qualifying the property for National Register listing.)

| [x] | A. Property is associated with events that have made a significant contribution to the broad patterns of our history. |

| [x] | B. Property is associated with the lives of persons significant in our past. |

| [x] | C. Property embodies the distinctive characteristics of a type, period, or method of construction or represents the work of a master, or possesses high artistic values, or represents a significant and distinguishable entity whose components lack individual distinction. |

| [x] | D. Property has yielded, or is likely to yield, information important in prehistory or history. |

**Criteria Considerations**
(Mark "x" in all the boxes that apply.)

| [ ] | A. Owned by a religious institution or used for religious purposes |

| [ ] | B. Removed from its original location |

| [ ] | C. A birthplace or grave |

| [ ] | D. A cemetery |

| [ ] | E. A reconstructed building, object, or structure |

| [ ] | F. A commemorative property |

| [ ] | G. Less than 50 years old or achieving significance within the past 50 years |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                        OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

**Areas of Significance** – (for the District as a whole)
(Enter categories from instructions.)
X_ Ethnic Heritage/Native American
X_ Religion
X_ Social History
X_ Archaeology/Aboriginal Archaeology/Prehistoric Social History
_____
_____

**Period of Significance**
_1300 A.D. – Current _
_____
_____

**Significant Dates**
_1300 A.D. – Current _
_____
_____

**Significant Person**
(Complete only if Criterion B is marked above.)
__ (b)(3) 25 USC 32A
_____
_____

**Cultural Affiliation**
_Apache _____
_____
_____

**Architect/Builder**
__ N/A_____
_____
_____

Page 7

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                      County and State

**Statement of Significance Summary Paragraph** (Provide a summary paragraph that includes
level of significance, applicable criteria, justification for the period of significance, and any
applicable criteria considerations.)

Recognition of the role of *Chí'chil Biłdagoteel* (Oak flat) plays in Western Apache culture in no
way diminishes its importance to other cultures or ethnic groups. A recent report titled,
"Ethnographic and Ethnohistoric Study of the Superior Area (Hopkins, Colwell, Ferguson &
Hedquist 2015)" explains that Oak Flat is also important to other Indian Tribes. The purpose of
the study was to identify traditional cultural properties of Native American tribes with traditional
ties to the area surrounding Oak Flat Campground and the town of Superior, Arizona. The tribes
who participated in this study were the San Carlos Apache Tribe, Tonto Apache Tribe, White
Mountain Apache Tribe, Yavapai-Apache Nation, Yavapai-Prescott Indian Tribe, Gila River
Indian Community, Salt River Pima-Maricopa Indian Community, the Hopi Tribe, and the
Pueblo of Zuni. (b)(3) 25 USC 32A                                                in the
study area, and tribal members continue to retain strong cultural ties with this land. While this
nomination focuses on the Western Apache, other Native American tribes maintain the ability to
document this area as traditionally and culturally important to them at a later date. In a series of
tribal consultations conducted by Tonto National Forest; the White Mountain Apache Tribe,
Tonto Apache Tribe, Yavapai-Apache Nation, Hopi Tribe, and the Pueblo of Zuni stated their
official support for the nomination of *Chí'chil Biłdagoteel* to the National Register of Historic
places as an Apache TCP. The Gila River Indian Community expressed interest in creating an
addendum to the nomination, at a future date, which would articulate their ancestral connection
to this area.

As a holy place and ancestral homeland to the Western Apache Indians, *Chí'chil Biłdagoteel* is
eligible for the National Register of Historic Places under Criterion A; "associated with events
that have made a significant contribution to the broad patterns of our history," because it is
associated with traditional Apache oral history, is a venue for ongoing Apache participation in
traditional social activities, and is associated with traditions rooted in the history of the
(b)(3) 25 USC 32A

of the Western Apache ancestral homeland and figures prominently in their history. *Chí'chil
Biłdagoteel* is eligible under Criterion B as a place "associated with the lives of persons
significant in our past," because it (b)(3) 25 USC 32A
(b)(3) 25 USC 32A
              *Chí'chil Biłdagoteel* is eligible under Criterion C (4) as a place "representative of a
significant and distinguishable entity whose components may lack individual distinction"
because of the oak groves present that figures importantly into traditional Apache subsistence
patterns, and other important natural resources. And finally, *Chí'chil Biłdagoteel* is eligible
under Criterion D as a place "that has yielded, or may be likely to yield, information important in
prehistory or history," because of opportunities available to record the oral histories of the
Western Apache people, and the information contained in the Apache archaeological sites.

Historical documentation, Apache oral history, and the archaeological sites make it clear that
*Chí'chil Biłdagoteel* is an important feature of the Western Apache landscape as a sacred site, as
a source of supernatural power, and as a staple in their traditional lifeway. *Chí'chil Biłdagoteel* is

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*                                         Pinal County, Arizona
Name of Property                                                          County and State

actively and contemporarily used by the Western Apache for ████████████
(b)(3) 25 USC 32A
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████

                    *Chí'chil Biłdagoteel* is eligible as a Traditional Cultural Property.

**Narrative Statement of Significance**
Information supporting the eligibility of this landscape as a Traditional Cultural Property is in
large part sourced from highly sensitive and confidential oral history interviews of Apache elders
and is supported by the San Carlos Apache Tribe Elder's Cultural Advisory Council (ECAC), the
Western Apache Ethnobotany Project, the Western Apache Place Names Project, and the
Western Apache Natural World Project. Apaches ████(b)(3) 25 USC 32A████████
(b)(3) 25 USC 32A ████████████████████████████████████████████████
this practice in regard to the sharing of cultural information pertaining to *Chí'chil Biłdagoteel*. In
this matter, meticulous care and collaboration has been taken not to reveal information that
knowledgeable tribal members regard as too sensitive or dangerous.

That being said, the cooperation and collaboration from Apache elders, traditional practitioners,
and tribal officials for this nomination are of notable significance. As said by Apache Historian
████(b) (6)████████████████████████████████████████████████
████████████████████████████████████████ *Chí'chil Biłdagoteel* is a place
of profound religious, spiritual, and cultural importance. It is a traditional Apache camp and
territory valued as a place that contains everything traditional Apaches need to thrive: food,
medicine, shelter, prayer and healing sites, ceremony grounds, and protection.

**Research Methodology**
This National Register nomination started with archival research. The second phase of the
project consisted of fieldwork and interviews with tribal members for the collection of oral
histories and traditional knowledge. Interviews were conducted following culturally-appropriate
parameters and techniques developed over 25 years of cultural preservation projects. The San
Carlos Apache Tribe was the lead tribe representing the Western Apaches including the White
Mountain Apache Tribe, the Tonto Apache Tribe, and the Yavapai Apache Tribe for this
nomination. Seth Pilsk, Ethnobotanist for the Department of Forest Resources of the San Carlos
Apache Tribe served as the tribal liaison on behalf of the tribe.  Mr. Pilsk helped the Forest to
identify Apache tribal elders and traditional cultural authorities knowledgeable about *Chí'chil
Biłdagoteel.* In a joint effort with Nanebah Nez, Archaeologist/Tribal Liaison from the Tonto
National Forest, Mr. Pilsk helped to interview tribal members and write the content of this
nomination.
Interviews were conducted based on the knowledge and preference of the participant. Tribal
members were clearly informed as to the purpose of the interviews prior to participation. Field
interviews at-the-site and in-office interviews were conducted. Work proceeded within the
expectations set forth by Mr. Pilsk to ensure respect and compliance with tribal values to the
extent feasible. Participants were invited to share information they deemed appropriate.
Subsequent drafts of the nomination were submitted to Mr. Pilsk who reviewed them for
accuracy and quality on behalf of the San Carlos Apache Tribe.  *(continued on page 24.)*

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State

## 9.  Major Bibliographical References

**Bibliography** (Cite the books, articles, and other sources used in preparing this form.)

Anyon, Roger, T.J. Ferguson, and Chip Colwell-Chanthaphonh
        2005. Natural Setting as Cultural Landscapes: The Power of Place and Tradition.
Apache Moccasin – Newspaper Article (author not listed)
        August 4, 2010. Arizona Silver Belt. Globe, AZ.

(continued on page 36)

_____

**Previous documentation on file (NPS):**

_____ preliminary determination of individual listing (36 CFR 67) has been requested
_____ previously listed in the National Register
_____ previously determined eligible by the National Register
_____ designated a National Historic Landmark
_____ recorded by Historic American Buildings Survey  #  _____
_____ recorded by Historic American Engineering Record #  _____
_____ recorded by Historic American Landscape Survey #  _____

**Primary location of additional data:**
_____ State Historic Preservation Office
_____ Other State agency
 **X** __ Federal agency
_____ Local government
_____ University
 **X** __  Other
        Name of repository: San Carlos Apache Tribal Offices _____

**Historic Resources Survey Number (if assigned):** _____

_____

## 10. Geographical Data

**Acreage of Property**   ___

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chíʼchil Biłdagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

Use either the UTM system or latitude/longitude coordinates

**Latitude/Longitude Coordinates (decimal degrees)**
Datum if other than WGS84:_____
(enter coordinates to 6 decimal places)
1. (b)(3) 25 USC 32A, (b)(3) ARPA, (b)(3) NHPA

2.

3.

4.

**Or**
**UTM References**
Datum (indicated on USGS map):

☐ NAD 1927  or    ☐ NAD 1983

1. Zone:            Easting:            Northing:

2. Zone:            Easting:            Northing:

3. Zone:            Easting:            Northing:

4. Zone:            Easting :            Northing:

**Verbal Boundary Description** (Describe the boundaries of the property.)

*Chíʼchil Biłdagoteel* (b)(3) 25 USC 32A, (b)(3) ARPA, (b)(3) NHPA

**Boundary Justification** (Explain why the boundaries were selected.)

Delineating a boundary to encompass the entirety of *Chíʼchil Biłdagoteel* – or other traditional places – is not consistent with Apache cultural sensibilities. Landscapes are not viewed as pieces of a puzzle sewn together with separate and segregated attributes. *Chíʼchil Biłdagoteel* is viewed as one large body, with each of the unique attributes contributing elements to make a whole. Elders could explain the elements as similar to bones, and veins and appendages. All of these elements are necessary to make a whole body, and for that body to be healthy.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*                                     Pinal County, Arizona
Name of Property                                                      County and State

As a boundary line is necessary for the purposes of this nomination, the *Chí'chil Biłdagoteel* boundary line is based on direct guidance from Apache elders and professional judgement. Because of the complexities in assigning boundaries to a traditional cultural property and the overall size of the area, a combination of elements was used to define the "edges" of *Chí'chil Biłdagoteel*. These consist of elevation contour lines, topographic features, and legally recorded boundary lines. All of these elements are easily recognized on USGS topographic maps and serve as a tangible way to accurately describe the boundary for the purposes of this nomination. (b)(3) 25 USC 32A

Town of Superior, or private property. No buffer areas (areas considered not contributing) were included.

The area within the boundaries as defined above includes the (b)(3) 25 USC 32A. (b)(3) 25 USC 32A (b)(3) ARPA areas is individually important for unique reasons, but collectively this place is known as *Chí'chil Biłdagoteel,* and is viewed as a large contiguous site. While it is recognized that cultural significance of an area does not stop at artificial boundaries, the *Chí'chil Biłdagoteel* boundary, as is, is a cohesive entity sufficient in scale and association as to encompass those resources which were conveyed to the Forest Service as significant, and where use continues today.  This defined area, consisting only of National Forest Service Administrated Land, is the result of several sessions of consultations between the Tonto National Forest and the San Carlos Tribal Historic Preservation Office.

## 11. Form Prepared By

name/title:        Nanebah Nez _____
organization:      Tonto National Forest, US Forest Service, USDA _____
street & number:   2324 E McDowell Road _____
city or town:      Phoenix_____ state: _Arizona____ zip code:_85006 __
e-mail             nnez@fs.fed.us _____
telephone:         602-225-5232 _____
date:              9/22/2014 _____

## Additional Documentation

Submit the following items with the completed form:

- **Maps:** A **USGS map** or equivalent (7.5 or 15 minute series) indicating the property's location.
- **Sketch map** for historic districts and properties having large acreage or numerous resources. Key all photographs to this map.
- **Additional items:** (Check with the SHPO, TPO, or FPO for any additional items.)

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                      County and State

## Photographs

Submit clear and descriptive photographs. The size of each image must be 1600x1200 pixels (minimum), 3000x2000 preferred, at 300 ppi (pixels per inch) or larger. Key all photographs to the sketch map. Each photograph must be numbered and that number must correspond to the photograph number on the photo log. For simplicity, the name of the photographer, photo date, etc. may be listed once on the photograph log and doesn't need to be labeled on every photograph.

## Photo Log

See page 50 for Photo Log

Paperwork Reduction Act Statement: This information is being collected for applications to the National Register of Historic Places to nominate properties for listing or determine eligibility for listing, to list properties, and to amend existing listings. Response to this request is required to obtain a benefit in accordance with the National Historic Preservation Act, as amended (16 U.S.C.460 et seq.). Estimated Burden Statement: Public reporting burden for this form is estimated to average 100 hours per response including time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding this burden estimate or any aspect of this form to the Office of Planning and Performance Management. U.S. Dept. of the Interior, 1849 C. Street, NW, Washington, DC.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                        OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                      County and State

*Narrative Description - (continued from section 7, page 5)*

**Traditional Western Apache Life and Presence**

The Western Apache refer to themselves as *Nnee or Ndee*, "the People." Prior to their late nineteenth century placement on reservations, the traditional nine Western Apache bands lived in distinct territories (see Map B). The pre-reservation Western Apache moved seasonally through the landscape according to the rhythm of maturing wild food crops, while maintaining agricultural fields at strategic locations (see Map C for migration patterns). Each Western Apache band practiced a subsistence strategy based on gathering wild plant foods, agriculture, and hunting. Wild plant foods collected by Apachean groups in upland areas such as *Chí'chil Biłdagoteel* included acorns from the Emory oak (*Quercus emoryi*), juniper berries, sumac berries, and the hearts of agaves. Wild meat sources included large game, wild fowl, and rodents (Buskirk 1986, Goodwin 1942). Apaches often returned to their favorite harvesting sites, and many Apache clans are named for agricultural and seasonal camp sites.

*Chí'chil Biłdagoteel* has been and remains one of these favored harvesting sites.  Well-fortified and abundant with many wild foods – including Emory oak acorns – Apaches have been coming to *Chí'chil Biłdagoteel* for generations.  Returning to ancestral sites such as this to live, gather food, and conduct ceremonies strengthens individual, family, and clan bonds to the land and to ancestors.  This in turn strengthens and maintains Apache identity and needed bonds to the specific natural elements of *Chí'chil Biłdagoteel*.  The land and the elements found within, and the identity associated with family, clan, and place, in part form the basis of the traditional Apache support system that directly contributes to cultural vitality and good health.

**Archaeological Summary**

*Chí'chil Biłdagoteel* and the surrounding area has been persistently utilized and occupied for the past 1,500 years, from the pre-Classic Hohokam to the present, including significant use by the Western Apache. Thirty-eight known prehistoric and historic archaeological sites are located within the *Chí'chil Biłdagoteel* area (Lindeman and Whitney, 2005: 22), although the entire are has not yet been surveyed. Seventeen archaeological sites having components attributed to the Apache people were documented during several surveys (b)(3) 25 USC 32A (Buckles 2009; Buckles and Granger 2009; Lindeman and Whitney 2005). These include (b)(3) ARPA, (b)(3) 25 USC 32A

This large number of Apache sites located in one small area demonstrates that this area was important to the Apache. Western Apache archaeology is well documented as being difficult to detect, and in many cases it is necessary to seek tribal assistance for verification (Eiselt 2012; Laluk 2006; Seymour 2012). The focus and structure of traditional Apache life was governed by practices designed to leave as little impact upon the natural world as possible. Prehistorically, the Western Apache depended largely on perishable materials and purposefully interfered very little with landscapes in which they lived. Given their highly mobile lifestyle pottery was more of a rarity, skins and gourds often serving as more durable and portable devices (Krall and Randall 2009).  Apache consultant (b) (6) says;

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                          OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                     County and State

> "We were the first leave-no-trace campers. We didn't move stuff around if we didn't
> have to. We left things alone and took pride in leaving a place the way we found it."

Apache archaeological sites at *Chí'chil Biłdagoteel* were identified by diagnostic features and
artifacts. Apache features can consist of cleared areas, gowa rock rings, and rock piles. The most
visible Western Apache features are large mounds of charcoal and fire-cracked rock (Ferg 2003).
Large communal roasting pits used for roasting agave are distinctive of Apache camps. Rocks
were heated with a wood fire until searing hot. When all the wood was burned to ashes, agave
cores were placed on top of the hot rocks and covered with grass, tree limbs, and dirt until no
steam escaped. When the agave was done the pit was opened and the contents distributed back to
the gatherers. According to Apache Historian (b) (6)    "owners knew which bundles to
claim according to the knots used to tie them up. Each person tied their bundles in a different
way." This same process was used to prepare a number of other food products including corn,
certain seeds, and certain meats.



(b)(3) ARPA, (b)(3) NHPA

Diagnostic Apache artifacts include Apache ceramics, flaked stone tools, Apache style projectile
points, and historic artifacts often reworked in an Apache style to suit Apache purposes. Apache
plainware dates to approximately AD 1500-1875, and is found in North and East Central
Arizona. Apache plainware is a relatively thin, hard rough-surfaced paddle-and-anvil-made
pottery. It is chocolate brown to red-brown to ashy grey to black in color, fine sand tempered,
and characterized by rough surface finishes produced by scoring or wiping (although
occasionally is left smooth without scoring). Exterior surfaces sometimes retain traces or intact
patches of pinyon pitch encrustation (applied to reduce porosity for holding water). Temper
variety is mostly local sands, some with mica (Wood 1987).

The archaeological sites at *Chí'chil Biłdagoteel* have not been significantly impacted by
vandalism or any of the modest development in the area. They have not been isolated from their
setting, or affected by elements out of character with their surroundings. These sites are in very
good condition and present the opportunity to provide important information to better understand
Western Apache material culture and to help anthropologists more effectively identify and
interpret Apache occupations and use of the area. The sites provide strong evidence of the
significance of this area to the Apache and demonstrate continuous use from the past through
present living Apache descendants. The sites support information contained in oral histories that
establish this area as the Western Apache homeland, and that *Chí'chil Biłdagoteel* has played a
long-term role in defining Western Apache cultural. The sites also corroborate the ethnographic
research conducted in the 1930s by Edward Gifford and Grenville Goodwin who identified this
area as ancestral homelands to the Pinal Band, and Aravaipa Band of the Western Apache.
Another layer of evidence was provided by the intensive Ethnographic and Ethnohistoric Report

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                  Pinal County, Arizona
Name of Property                                                    County and State

conducted by Anthopological Research LLC. in 2015. Results of this report demonstrated multigenerational use of Oakflat by Apache traditionalists for prayer, ceremony, and acorn gathering. As demonstrated by Basso, *Chich'il Bildagoteel* is also important to the Apaches as a place where warriors would form with Yavapai allies before journeying into Mexico and the Pima and Maricopa territories (Basso 1971:73–91). The sites also corroborate the ethnographic research conducted in the 1930s by Edward Gifford and Grenville Goodwin who identified this area as ancestral homelands to the Pinal Band, and Aravaipa Band of the Western Apache. Recent research by Hopkins, Colwell, Ferguson, & Hedquist, has also revealed a strong and multigenerational connection to this area.

Archaeological sites listed below as contributing properties are those determined to demonstrate Apache occupation and use of the area. Archaeological sites that pre-date Apache presence are identified as non-contributing properties. The following inventory of archaeological sites should not be viewed as complete. Not all areas have been surveyed, and not all archaeological sites, cultural values, and traditional cultural properties on this landscape have been identified and recorded. Due to the complexity of this landscape it is possible and common to find new cultural sites with each new survey of the landscape. Apache consultants acknowledged that they knew of archaeological sites unrecorded by non-Apache researchers.  Archaeological sites represent just one layer of evidence, as oral history, cultural memory, and active social customs represent other layers of evidence. The contributing resources listed in the following inventory are limited to cultural resources that were specifically discussed to compose this nomination. Other resources may have been deemed by tribal consultants to be too culturally sensitive to discuss in this nomination.

| Contributing archaeological sites: | Non-Contributing archaeological sites: |
|---|---|
| (b)(3) ARPA, (b)(3) NHPA | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Page 16

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property        (b)(3) ARPA, (b)(3) NHPA              County and State

| | |
|---|---|
| 19. | |
| 20. | |
| 21. | |

## Apache Archaeological Site Descriptions/Contributing Properties

| Site Number | Period | Components | Artifacts | Eligibility for the National Register |
|---|---|---|---|---|
| (b)(3) ARPA, (b)(3) NHPA | Multi-component Protohistoric, Historic | (b)(3) ARPA, (b)(3) NHPA | (b)(3) ARPA, (b)(3) NHPA | Eligible under Criterion A, Event 3, Criterion D, Theme 6 |
| (b)(3) ARPA, (b)(3) NHPA | Multi-component Protohistoric, Pre-Classic Hohokam | (b)(3) ARPA, (b)(3) NHPA | | Eligible under Criterion D, Themes 1-3. |
| (b)(3) ARPA, (b)(3) NHPA | Multi-component Protohistoric, Archaic, Classic Hohokam | (b)(3) ARPA, (b)(3) NHPA | | Eligible under Criterion A, event 1, Criterion D, Themes 1-5 |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                        Pinal County, Arizona
Name of Property                                                          County and State

| | (b)(3) NHPA | | |
|---|---|---|---|
| (b)(3) ARPA | Multi-component Protohistoric, Classic Hohokam | (b)(3) ARPA | Eligible under Criterion A, event 1, Criterion D, themes 1-5. |
| (b)(3) NHPA | Historic | (b)(3) NHPA | Eligible Criterion A, event 1, Criterion D, Themes 1-5 |
| (b)(3) ARPA, (b)(3) NHPA | Multi-component Protohistoric, Historic (Anglo), Pre-Classic, Classic | (b)(3) ARPA, (b)(3) NHPA | Eligible under Criterion D, themes 1-3 |
| (b)(3) ARPA, (b)(3) NHPA | Multi-component Protohistoric, Historic, Pre-Classic, Classic | (b)(3) ARPA, (b)(3) NHPA | Eligible under Criterion A, events 1 and 3, and Criterion D, themes 1-6 |
| (b)(3) ARPA, (b)(3) NHPA | Multi-component Protohistoric, Pre-Classic | | Eligible under Criterion A, event 1, and Criterion D, themes 1-5 |
| (b)(3) ARPA | Multi-component Protohistoric, Historic | | Eligible under Criterion A, event 1, Criterion D, Themes 1-5 |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                        Pinal County, Arizona
Name of Property                                                         County and State

| | | (b)(3) NHPA | | |
|---|---|---|---|---|
| (b)(3) ARPA | Protohistoric | (b)(3) ARPA | | Eligible under Criterion A, event 1, Criterion D, Themes 1-5 |
| (b)(3) ARPA | Protohistoric | (b)(3) ARPA | | Eligible under Criterion A, event 1, Criterion D, Themes 1-5 |
| (b)(3) ARPA | Multi-component Protohistoric, Prehistoric | | | Eligible under Criterion A, event 1, Criterion D, Themes 1-5 |
| (b)(3) ARPA | Multi-component Protohistoric, Pre-Classic, Classic | (b)(3) ARPA | | Eligible under Criterion A, event 1, Criterion D, Themes 1-5. |
| (b)(3) ARPA | Protohistoric | (b)(3) ARPA | None | Eligible under Criterion D, Theme 3 |
| (b)(3) ARPA | Protohistoric | | None | Eligible under Criterion A, event 1, Criterion D, Themes 1-5 |
| (b)(3) ARPA | Multi-component Protohistoric, Classic | (b)(3) ARPA | | Eligible under Criterion A, events 1 and 3, and Criterion |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State



| | | | | D, themes 1-6 |
|---|---|---|---|---|
| (b)(3) ARPA | Protohistoric | (b)(3) ARPA | (b)(3) ARPA | Eligible under Criterion A, event 1, Criterion D, Themes 1-5 |

## Non-Apache Site Descriptions/Non-Contributing Properties

| Site Number | Period | Components | Artifacts | Eligibility for the National Register |
|---|---|---|---|---|
| (b)(3) ARPA, (b)(3) NHPA | Multi-component Historic, Prehistoric | (b)(3) ARPA, (b)(3) NHPA | | N/A |
| (b)(3) ARPA | Multi-component Pre-Classic, Classic | (b)(3) ARPA | | N/A |
| (b)(3) ARPA | Classic | | | N/A |
| (b)(3) NHPA | Historic | (b)(3) NHPA | N/A | N/A |
| | Historic | | N/A | N/A |
| | Historic | | N/A | N/A |
| (b)(3) ARPA | Prehistoric | (b)(3) ARPA | | N/A |
| (b)(3) ARPA | Pre-Classic | | | N/A |
| (b)(3) NHPA | Historic | (b)(3) NHPA | | N/A |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*

Name of Property

Pinal County, Arizona

County and State

| | | scatter | | |
|---|---|---|---|---|
| (b)(3) ARPA | Pre-Classic | (b)(3) ARPA | | N/A |
| | Prehistoric | | | N/A |
| | Prehistoric | | | N/A |
| | Prehistoric | | | N/A |
| | Prehistoric | | | N/A |
| | Multi-component Archaic | | | N/A |
| (b)(3) ARPA | Prehistoric | | | N/A |
| (b)(3) NHPA | Historic | (b)(3) NHPA | N/A | N/A |
| | Historic | | (b)(3) NHPA | N/A |
| | Historic | | N/A | N/A |
| | Historic | | N/A | N/A |
| (b)(3) ARPA | Prehistoric | (b)(3) ARPA | | N/A |
| | | | | |

**Terms:**

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                      OMB No. 1024-0018

*Chí'chil Biłdagoteel / Oak Flat*                                      Pinal County, Arizona
Name of Property                                                       County and State

Prehistoric: Broadly refers to a time before written history. This term is also used when diagnostic artifacts are not available, and a more specific time scale is difficult to determine.

Archaic: 8000 BC to AD 700. The Archaic way of life was one of hunting and gathering, similar to the way of life practiced by the Yavapai and Apache as late as AD 1700.

Protohistoric: The term Protohistoric broadly refers to a time before written Native American history. In this location it indicates Apache use between the dates of AD 1450 to AD 1850.

Pre-Classic: Indicates Hohokam use between AD 450 to AD 1100.

Classic: Indicates Hohokam use between AD 1100 to AD 1450.

**Non-Contributing (non-archaeological) Resources**

Over the decades of administration by the Federal Government, *Chí'chil Biłdagoteel* has been impacted by recreation facilities, road construction, and mining activities. These structures and developments range from a public campground to the US Highway 60 (b)(3) 25 USC 32A (b)(3) 25 USC 32A While these modern elements contained in the *Chí'chil Biłdagoteel* proposed site boundary have impacted the area, they have not irreparably compromised the integrity of this culturally important landscape. These roads are utilized by Apaches to access *Chí'chil Biłdagoteel,* and the campground sites and tables are utilized by tribal members when they gather acorns and other foods, and host ceremonial activities in the area. Most of the area remains undisturbed.

*Chí'chil Biłdagoteel* is a popular area for birding, hunting, hiking, camping, rock climbing, bouldering, canyoneering, picnicking, off-highway vehicle driving, and other recreational uses. Outside of the roads and the campground, *Chí'chil Biłdagoteel* is largely undeveloped, and still maintains integrity of location, design, setting, materials, workmanship, feeling, and association. For a traditional cultural property, integrity primarily centers on integrity of relationship and condition. The grassy basin, oak groves, boulders and jagged cliffs appear much as they did centuries ago, and the integrity of condition is satisfied. The relationship between the location and the beliefs and practices of the Western Apache is still strong, and *Chí'chil Biłdagoteel* serves as a haven for ceremonies (see photos 8, 9, 10), for plant harvesting, and to convey its significance for traditional practices. Apaches still come to *Chí'chil Biłdagoteel* every year for collecting herbs and acorns. (b) (6), (b)(3) 25 USC 32A *Chí'chil Biłdagoteel.* The Apache archaeological sites are largely intact, and retain integrity of location, design, setting, material, workmanship, feeling and association.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State

## Non-Contributing (non-archaeological) Resources Inventory

| |
|---|
| Oak Flat Campground Developments – 16 picnic tables, 14 grills, vault toilets |
| Forest Roads |
| US Hwy 60 segment (Superior to Globe) |
| Hiking trails |
| OHV trails |
| Mining implements (drills and staging areas) |

## Contributing Resources – non-archaeological (see map H)

| |
|---|
| *Chí'chil Biłdagoteel* (entire continuous site) |
| (b)(3) 25 USC 32A |
| (b)(3) 25 USC 32A |
| Natural features and landscape (valley, mountain, spring, etc.) (entire continuous site) |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

*Chí'chil Bildagoteel / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                     County and State

***Narrative Statement of Significance – continued from section 8, page 9***

**Research Methodology continued**

While this nomination focuses on the Western Apache, maintain the ability to document this area as traditionally and culturally important to them at a later date. In a series of tribal consultations conducted by Tonto National Forest; the White Mountain Apache Tribe, Tonto Apache Tribe, Yavapai-Apache Nation, Hopi Tribe, and the Pueblo of Zuni stated their official support for the nomination of *Chí'chil Bildagoteel* to the National Register of Historic places as an Apache TCP. The Gila River Indian Community expressed interest in creating an addendum to the nomination, at a future date, which would articulate their ancestral connection to this area.

**Ancestral Homeland/Ethnic Heritage – Criterion (A)**

*Chí'chil Bildagoteel* is eligible for the National Register of Historic Places under Criterion A; as it is "associated with events that have made a significant contribution to the broad patterns of our history," because it is associated with traditional Apache oral history and (b)(3) 25 USC 32A (b)(3) 25 USC 32A                                    *Chí'chil Bildagoteel* is a place *Chí'chil Bildagoteel* (b)(3) 25 USC 32A (b)(3) 25 USC 32A

*Chí'chil Bildagoteel* is also eligible for the National Register under Criterion A; because it is associated with traditions rooted in the history (b)(3) 25 USC 32A (b)(3) 25 USC 32A – the Aravaipa Bands of the Western Apache Tribes. This is part of the Western Apache ancestral homeland and figures prominently in their history.

In 1932, this region was mapped by Edward Gifford as the ancestral homeland (b)(3) 25 USC 32A (b)(3) 25 USC 32A Pinal Band," and closely – the Aravaipa Band. In a 2014 interview (b) (6)                                Performing his research in the 1930s, Grenville Goodwin worked extensively with Apache elders becoming knowledgeable of pre-reservation life patterns. His work, "The Social Organization of the Western Apache" identifies the Pinal Mountains as the territory of the Pinal Band of the San Carlos group (Goodwin 1942:2).

According to non-Apache researchers, Athabaskan-speaking groups began arriving in the region of the southern Colorado Plateau and the mountainous region below the Mogollon Rim between A.D. 1300-1500 or earlier (Seymour 2008). In 1583, a Spanish entrada led by Espejo encountered either Apache or Yavapai people in the Verde Valley. By the late 1600s several

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*                                    Pinal County, Arizona
_____                              _____
Name of Property                                                     County and State

Spanish reports document that there were "Apaches" living north of the Gila River (Forbes 1966). These accounts speak of "Pinaleños" (the Pinal Band of Apache) and "Apache war parties" raiding local settlers (Spicer 1962). Apache presence was seen as a nuisance to Spanish northward expansion, a view that led to frequent extermination attacks.

With the Treaty of Guadalupe Hidalgo in 1848, the United States came to control most of the Western Apache's traditional homeland. The following year, Anglo settlers began streaming into the Southwest. Reports of silver, gold, timber, and open rangeland fueled colonial migration. Indians living in fertile, mineral-rich, or otherwise desirable lands were viewed as dangerous obstacles to the expansion of the U.S. economy. Under the premise of protection, the U.S. government removed the Western Apache and Southeastern Yavapai to relocate the tribes to "safe-areas."

The "Peace Policy," developed by the U.S. Army in 1871 called for the collection of all Apaches onto the Fort Apache, Camp Verde, San Carlos, and Camp Grant Indian reservations. In these confinements they were to be "protected" and encouraged to make a living by farming and raising livestock (Basso 1971). By 1875, this campaign was deemed a failure as disease and poverty struck the populations concentrated in these small areas. Upon release from San Carlos, many Apache families made the choice to leave, braving the newly hostile territory within their own homelands that had become unwelcoming to Indian presence. Many families passed through *Chí'chil Biłdagoteel* seeking rest and refuge on their journeys home. Apache elder Linda Evans says;

> "A lot of *Dilzhę'é* used to live here. When they were released from San Carlos they came through here and a lot of them stayed. If they passed through they would come here (*Chí'chil Biłdagoteel*) and pray. You can still see the horse trails and wagon trails they used."

In 1934, the Indian Reorganization Act formally divided the Western Apaches among several small reservations in Arizona (Buskirk, 1986), and established Federally-imposed political structures on the tribes. The Western Apaches are currently divided administratively into the White Mountain Apache Tribe, the San Carlos Apache Tribe, the Tonto Apache Tribe, and the Yavapai-Apache Nation. These reservations represent less than a third of their former land, a large portion of which is now managed by the Tonto National Forest.

**Mountain Spirits/Western Apache Religion – Criterion (B)**

Western Apache culture includes supernatural or spiritual beings that have a role in influencing individuals' lives. One important class of beings is the *Gáán* who are believed to live within certain mountains. *Gáán*, spelled a variety of ways including gaahn, gan, kan, and gahn, are also known as mountain spirits and crown dancers. Goodwin (1939: xxiii) describes them as:

> … a class of supernaturals living inside the mountains and certain caves and who may be equated with the Pueblo kachinas. They were a people living on this earth long ago, but went away never to return.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chí'chil Bildagoteel / Oak Flat*

Pinal County, Arizona

Name of Property                                                    County and State

(b)(3) 25 USC 32A

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

religious paradigm.

(b)(3) 25 USC 32A

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

A portion of a *Gáán* story is included here that tells of the Thunder People and the Apaches who became bad (Haley 1981:47):

> *Yusn* [the Creator] took pity on them [the Apache people]. He told the *Gáán* spirits to come out from under the mountains and teach them ceremonies to get well. The *Gááns* were wearing beautiful clothes and had wands and headdresses that were full of power. The Apaches listened to everything the *Gááns* taught them. When the *Gááns* were ready to go back to the mountain, they got together and the leader said, "Listen. These people are doing all right now, but when we're gone they will do like before. We have to leave drawings of ourselves on the cliff face. When they get tired of being wicked they will remember us and do like we taught them." The other *Gááns* said, "That's right." Each one drew his picture on the cliff face, and then the *Gáán* spirits went back into the mountain. It happened just like the *Gáán* leader said. The Apaches went back to doing no good, until they agreed they had to change. The only way to get along was to do right. They studied those pictures on the cliff. Some men dressed up and did ceremonies like the *Gááns* did. They found out that when they did this way, they had power just like the *Gááns*.

The *Gáán* continue to serve an important role (b)(3) 25 USC 32A



United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chí'chil Biłdagoteel / Oak Flat*                                   Pinal County, Arizona
Name of Property                                                   County and State

**Apache Natural Resources/Social History – Criterion (C), subsistence**
In an oral history interview with an Apache elder, *Chí'chil Biłdagoteel* was said to exist in the
(b)(3) 25 USC 32A

[redacted]

The concept of supernatural or spiritual power among the Western Apache is termed *diyih*.
Everything that exists has life and all life has *diyih. Diyih* must be respected in Apache beliefs so
that it can be put to good use by individuals.

Basso (1969:30) defines this power accordingly:

> "The term *diyih* refers to one or all of a set of abstract and invisible forces which are said
> to derive from certain classes of animals, plants, minerals, meteorological phenomena,
> and mythological figures within the Western Apache universe. Any of the various powers
> may be acquired by man and, if properly handled, used for a variety of purposes. Each
> thing in the world -- the animals, the plants, the sky and stars and lightning -- has a power
> behind it that makes it do what it does. What you can see is only a little of the whole
> thing. The power is in the spirit part. Some people can learn to reach the spirit part of
> something, and they become shaman. There is power in everything!"

Major sources of *diyih* include fire, lightning, thunder, water, wind, deer, bear, horse, mountain
lion, bats, eagles, snakes, and lizards. It is not these natural features and occurrences or animals
that are sacred; it is the power they contain. Certain places, such as mountains, may be associated
with a number of forms of *diyih* such as those where mythical events occur or supernatural
beings live, the location of ceremonies, or where plants are gathered (Spoerl 2001). While some
of these resources can be gathered and used in other areas, (b)(3) 25 USC 32A
(b)(3) 25 USC 32A [redacted]
[redacted] Apache elders say;

(b)(3) 25 USC 32A

[redacted]

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State

Natural resources are treated with the utmost respect and they are collected and used with ceremony and profound gratitude. For Apaches, (b)(3) 25 USC 32A

they have, and the more able they are to contribute to the health and well-being of Apache people and all others – Apache and non-Apache, human and non-human alike.

*Chí'chil Biłdagoteel* is particularly rich in traditional Apache resources, providing everything necessary for Apache survival. This includes not only access (b)(3) 25 USC 32A , but subsistence in the form of plants and animals for consumption, (b)(3) 25 USC 32A . There are hundreds of traditional Apache plants and other living things in the *Chí'chil Biłdagoteel* area that are crucial to Apache religion and culture. Some of these are plants are common (such as *obétsịn* – pinyon pine, *nos* – pointleaf manzanita, and *tsé'izhi* – Louisiana wormwood) and some are rare holy medicines known only to gifted Apache herbalists. This landscape is rich in birds (such as *ikaz dlǫ'* – western tanager, *jagéshniihé* – Say's phoebe, and *nałstółkizh* – zone-tailed hawk), reptiles (such as *tú tł'iish* – garter snakes, *lenenla'i* – Gila monster, and *na'ishǫ' dotł'ish* – collared lizard), and minerals (such as *chí* – hematite, *tsé deschí* – magnetite, and *dotł'izhi* – turquoise), (b)(3) 25 USC 32A

(b)(3) 25 USC 32A

Others with these connections might find acorns and foods from this place to be more nutritious, tasty, and meaningful – tying them directly to their land.

The flat valley, which currently includes Oak Flat campground, and some of the surrounding canyon bottoms are traditional camping areas used for acorn gathering (b)(3) 25 USC 32A According to interview participants, families have used this grove for generations and continue to this day to annually gather acorns here (Hopkins, Colwell, Ferguson, & Hedquist 2015:54). The *Chí'chil* (Emory oak acorns), which grow at this location are prized by the Apache for their sweet taste. The reliable harvest draws families back every year. Mid-summer it is a common site to see Apache families filling baskets and buckets of acorns. Acorn stews are served with regularity when the harvest is good. Emory oak acorns were the second most important pre-reservation Western Apache food and the single most important traditional food today. *Chí'chil* (acorns) are vital to almost every Apache social and ceremonial function.

**Holy Sites/Social History – Criterion (A), ceremonies; and Criterion (D), oral histories**
Oral history concerning ceremonial use is difficult to separate between the National Register Criteria, and really pertains to both ceremonial use and social history under Criterion A and to

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                              Pinal County, Arizona
Name of Property                                                               County and State

information potential on the past and present use of the area under Criterion D. This section therefore augments the discussions provided for both Criterion A, above, and D presented below.

(b)(3) 25 USC 32A ███████████████████ has been passed down for many generations. Apaches believe ████████████████ and that one should refer to them by their proper names in order to show respect to the place itself and to the ancestors or Holy People who named it. ██████████████████████ are far more than just titles used to reference points on a map. They are words saturated with all the events and teachings that attach themselves to a place over time. (b)(3) 25 USC 32A ███████████████████████ ████████████████████████ is associated with specific historical events. These historical events are usually associated with traditional teachings and taboos. By "speaking the names" one quotes the ancestors and invokes the place's teaching.

In an interview conducted by anthropologist Keith Basso, an Apache consultant explained;

> "Wisdom sits in places. It's like water that never dries up. You need to drink water to stay alive, don't you? Well, you also need to drink from places. You must remember everything about them. You must learn their names. You must remember what happened at them long ago. You must think about it and keep on thinking about it. Then your mind will become smoother and smoother. Then you will see danger before it happens. You will walk a long way and live a long time. You will be wise. People will respect you (Basso 1996:70)."

> "It's good to talk names, this is what we know about our stories, they go to work on your mind… all of a sudden it hits you! It's like an arrow... stories make you want to replace yourself again (Basso 1996:58-59)."

In delicate social situations, place-names may be mentioned in order to draw attention to one's undesirable actions without directly chastising or insulting them (Basso 1996, Low 2005). This social custom protects social relationships while allowing people to council one another in a way that avoids confrontation and embarrassment. For example, a place might refer to a place where a girl was caught by bad men after she was warned of that danger by her parents. The moral lesson attached might be "mind your parents." In a delicate social situation, where a child was not minding its parents, the family might mention this place name to the child. (b)(3) 25 USC 32A ██████████████ To the child, this is the same as a direct chastisement, for both methods include the message to "mind your parents." This mannerism of 'place-naming' is viewed by the Apache as non-confrontational. It is a sensitive, compassionate, powerful, and uniquely Apache way to dialogue which takes into the highest regard each individual's intelligence and their right to make their own decisions.

Speaking the names is also a leisurely and soothing activity practiced by tribal members. (b)(3) 25 USC 32A ██████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

En

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chíʼchil Biłdagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                     County and State

[REDACTED: (b)(3) 25 USC 32A] Place naming in itself is a cultural activity which invokes cultural practices, community history, and cultural continuance. Place names are important to the continuation of Apache culture. They are venues for the fixation of oral history on the landscape. Place names animate historical events, traditional teachings, and social customs.

To many Apache, *Chíʼchil Biłdagoteel* is a geocultural landscape of place names and holy sites, some of which are considered too powerful, too personal, and too dangerous to share, describe, or map. Elders did, however, give permission to mention two sites for the purpose of this nomination; [REDACTED: (b)(3) 25 USC 32A]

[REDACTED: (b)(3) 25 USC 32A] individually important for unique reasons. These [REDACTED: (b)(3) 25 USC 32A]

Collectively, the sum of all these places is known as *Chíʼchil Biłdagoteel,* and is viewed as a large contiguous site. The idea of separating these places from the larger body and considering them independent resources is not consistent with Apache sensibilities. Landscapes are not viewed as pieces of a puzzle sewn together with separate and segregated attributes. *Chíʼchil Biłdagoteel* is viewed as one large body, with each of the unique attributes contributing elements to make a whole. Elders could explain the elements as similar to bones, and veins and appendages. All of these elements are necessary to make a whole body, and for that body to be healthy.

[REDACTED: (b)(3) ARPA] Each of these figures has special meaning to Apache *Diyin* who have frequented and utilized this place for generations (Hopkins, Colwell, Ferguson, & Hedquist 2015:90). [REDACTED: (b)(3) ARPA]
[REDACTED: (b)(3) 25 USC 32A]

[REDACTED: (b) (6), (b)(3) 25 USC 32A]

[REDACTED: (b)(3) 25 USC 32A]

An Apache Elder [REDACTED: (b)(3) 25 USC 32A]

[REDACTED: (b)(3) 25 USC 32A]

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                     County and State

[REDACTED (b)(3) 25 USC 32A]

[REDACTED (b)(3) 25 USC 32A] are extremely powerful to Apaches, [REDACTED (b)(3) 25 USC 32A] a profound and central role in the most ancient of Apache ceremonial songs and creation stories. *Diyin* have frequented this place for generations and they consider this place alive (Hopkins, Colwell, Ferguson, & Hedquist 2015:94).

Yavapai-Apache elder [REDACTED (b)(3) 25 USC 32A]

[REDACTED (b)(3) 25 USC 32A]

An Apache elder [REDACTED (b)(3) 25 USC 32A]

[REDACTED (b)(3) 25 USC 32A]

Apache elder [REDACTED (b) (6), (b)(3) 25 USC 32A]

[REDACTED (b)(3) 25 USC 32A]

All of these important attributes, that *Chí'chil Bildagoteel* is an ancestral home place, that it is home to [REDACTED (b)(3) 25 USC 32A] why Apache families choose [REDACTED (b)(3) 25 USC 32A]

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                      County and State

(b)(3) 25 USC 32A

███████████████████████████████████████████████████████████

For the community, the Sunrise Ceremony unifies family and clan, strengthens kin obligation, establishes reciprocal obligation between unrelated persons, relieves anxieties, and encourages moral behavior (Basso 1996). Modern ceremonies have become extravagant events featuring feasting, dancing, and singing. A significant function of these ceremonies is that they bring together peoples from all four Western Apache reservations. They serve as venues for family reunions, and primarily as conduits for cultural continuity. (b)(3) 25 USC 32A

████████████████████████████████████████████████

(b)(3) 25 USC 32A

████████████████████████████████████████████████

*Chí'chil Biłdagoteel* as a whole*, and the invididual locations such as *Tséya Gogeschin*, and *Tú Nahikaadi* are places where Apache ancestors went to pray, to seek solace, and spiritually engage with the landscape. *Chí'chil Biłdagoteel, Tséya Gogeschin*, and *Tú Nahikaadi*, continue to offer the opportunity for individuals to pray in the same places their ancestors prayed and to benefit from the blessings left behind by their ancestors. The Apache believe that in special places like *Chí'chil Biłdagoteel*, blessings can linger, long after the person who said them leaves. These blessings are part of what makes this place special. Apache elder explained, "This place is blessed, it was blessed a long, long time ago, by the old ones." This relationship facilitates multigenerational cultural continuity which maintains Apache identity.

**Archaeology/Aboriginal Archaeology/Prehistoric Social History – Criterion (D)**
The archaeological sites at *Chí'chil Biłdagoteel* provide a tangible and continuous link from the past to present living Apache descendants. The large number of Apache sites in one small area confirms the long-standing importance of the area to the Western Apache. These sites present the opportunity to better understand Apache material culture, trade, subsistence activities and overall use of the area. These archaeological sites confirm that the Apache utilized the area in the past for many of the same reasons as today including resource procurement, and, as suggested by the rock art, ceremonial use as well. The archaeological sites also corroborate the ethnographic research conducted in the 1930s that identified this area as ancestral homelands to the Western Apache.  Multi-generational use is also confirmed by the recently completed Ethnographic and Ethnohistoric Study of the Superior Area, Arizona, by Hopkins, Colwell, Ferguson, and Hedquist (2015).

Relatively little research has been conducted at Apache sites to date. And while a single small Apache site might not appear to be significant at first glance, when taken into consideration as part of a community of sites this cluster of sites can yield valuable information on Western Apache economy, subsistence, and social and political organization. Fifteen of the contributing properties contain Apache ceramics, a distinctive type of pottery that could help understand Western Apache ceramic manufacturing techniques, use in subsistence, and evidence of trade

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

*Chí'chil Bildagoteel / Oak Flat*                                      Pinal County, Arizona
Name of Property                                                       County and State

activities in the Protohistoric through Historic periods. It may be possible to source the clay used in the construction of the ceramics to differentiate between the origins of the ceramics on the various sites. (b)(3) ARPA ████████████████████████████████████████ and have the potential to show what resources were being used in the area at that time, and how that relates to contemporary resource gathering today. (b)(3) ARPA
(b)(3) ARPA, (b)(3) 25 USC 32A

(b)(3) 25 USC 32A

between sites could help understand Western Apache social organization. It is highly likely that the subsurface remains at these sites contain additional information important to understanding the Protohistoric and Historic use of the area that would only be revealed through excavation.

During the 1850-60s, the area around Miami, Arizona (a town just a few miles northeast of *Chí'chil Bildagoteel*) was a favored aggregation point for various Apache and joint Yavapai/Apache raiding parties to begin the long journey into Mexico and the Tucson region (Basso 1971). (b)(3) ARPA ████████████ area was a known stronghold for Apache raiding groups (See Map D). (b)(3) NHPA ████████████████████████████████ where an archaeological survey has (b)(3) ARPA, (b)(3) NHPA ████████████████████████████████████ This site, known as the (b)(3) ARPA ██████████████████ is

(b)(3) ARPA

*was the gathering place for Dilzhę'é, Pinaleno and Aravaipa Apaches (and a few Yavapai) to set up raids on Piman/Maricopa Villages and towns in Mexico. Broken up by California Volunteers in the mid-1860s." (G. Whitney 2003)."*

(b)(3) ARPA

(b)(3) NHPA

and

(b)(3) NHPA

has the potential to provide

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                        County and State

important information on historic Apache life at *Chí'chil Bildagoteel,* including subsistence
activities, social organization, pottery manufacturing techniques, and trade. Further investigation
could (b)(3) NHPA
                                                    The defensive nature of the location of the site could also
provide information related to Western Apache defensive tactics.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

**Evaluation and Conclusion –**

The information presented in this document demonstrates the critical role that *Chí'chil Bildagoteel* plays in the "historically rooted beliefs, customs, and practices" of the Western Apaches. By definition, a Traditional Cultural Property is eligible for inclusion in the National Register because of its association with cultural practices or beliefs of a living community that (a) are rooted in that communities history, and (b) are important in maintaining the continuing cultural identity of the community. The oral histories, tribal consultation and archaeological sites point to the sacred nature of *Chí'chil Bildagoteel* and reveal a long history of use of this area for subsistence, habitation and ceremonial purposes. The information highlights the importance of the (b)(3) 25 USC 32A today.

The late Keith Basso, Apache cultural expert and scholar, said in regard to the potential loss of this sacred landscape, that the Apache view it as their 'moral imperative' to protect the land. Non-Apaches don't need to understand Apache cultural phenomena and worldviews in order to recognize, respect, and acknowledge them. The Apache people know, have faith in, and believe that certain landscapes are holy and powerful. (b)(3) 25 USC 32A (b)(3) 25 USC 32A and deserves to be recognized through inclusion in the National Register of Historic Places as a Traditional Cultural Property.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                              Pinal County, Arizona
Name of Property                                                               County and State

*Bibliography – (continued from section 9, page 10)*

Ball, Martin
        2000    Sacred Mountain, Religious Paradigms, and Identity Among the Mescalero
                Apache. Worldviews: Environment Culture Religion, 2000, Vol. 4 Issue 3, p264-
                282, 19p.
Barney, James M.
        1935    How the Apache Leap Got Its Name. Arizona Highways, Phoenix. August 1935.
Basso, Keith H.
        1940    The Cibecue Apache. New York, Holt Rinehart and Winston.
        1969    Western Apache Witchcraft. University of Arizona Press. May 1, 1969.
        1972    To Give Up on Words: Silence in the Western Apache Culture. Southwestern
                Journal of Anthropology. Vol. 26, No. 3, pp 213-230. University of New Mexico.
        1971    Western Apache Raiding and Warfare: From the Notes of Grenville Goodwin.
                The University of Arizona Press, Tucson.
        1983    Western Apache. Handbook of North American Indians, Vol. 10, pp. 462-488,
                edited by Alfonso Ortiz. Smithsonian Institution, Washington D.C.
        1988    Speaking with Names: Language and Landscape among the Western Apache.
                Cultural Anthropology. Vol. 3, No. 2 (May, 1988), pp. 99-130.
        1990    Western Apache Language and Culture: essays in linguistic anthropology.
                University of Arizona Press, Tucson.
        1996    Wisdom Sits in Places: Landscape and Language among the Western Apache.
                The University of Arizona Press, NM.
Bourke, John G. & Charles M. Robinson, III
        1982    The Medicine-Men of the Apache. In Smithsonian, Ninth Annual Report of the
                Bureau of Ethnography, 1887-1888. Washington, D.C. GPO.
        2007    The Diaries of John Gregory Bourke: June 1, 1878-June 22, 1880. University of
                North Texas Press.
Brandt, Elizabeth
        1996    The Fight for Dzil nchaa si'an, Mt. Graham: Apaches and Astrophysical
                Development in Arizona. Cultural Survival Quarterly 19(4):50-57.
Brown, David E.
        1982    Biotic Communities of the American Southwest-United States and Mexico.
                Desert Plant 4 (1-4).
Buckles, Avi
        2009    A Class III Cultural Resources Inventory of 302 Acres in the Pinal Highlands,
                Pinal and Gila Counties, Arizona. Cultural Resources Report 2008-21. WestLand
                Resources, Inc., Tucson.
Buckles, Avi, and Stan Granger
        2009    A Class III Cultural Resources Inventory within State Lands South of Oak Flat in
                Pinal County, Arizona. Cultural Resources Report 2008-23. WestLand Resources,
                Inc., Tucson.
Buskirk, Winifred
        1986    The Western Apache: Living with the Land Before 1950. University of Oklahoma
                Press, Norman.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                      OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*                                      Pinal County, Arizona
Name of Property                                                        County and State

Cody, Ernestine
>       The Children of Changing Woman. Peabody Museum. Harvard, n.d. Web. 25,
>       Nov. 2013.

Deloria, Vine
>   1994    God is Red: A Native View of Religion. Golden: Fulcrum Publishing, 3[rd] ed.
>           Golden, CO.
>   2004    Philosophy and the Tribal Peoples. American Indian Thought. A. Waters, ed.
>           Malden: Blackwell Publishing.

Effland, R. & Barbara S. Mcnider
>   1991    An Overview of The Cultural Heritage of the Tonto National Forest. Tonto
>           National Forest Cultural Resources Inventory Report. Archaeological Consulting
>           Services, Ltd. Cultural Resources Report No. 49. Tempe, AZ.

Eiselt, B. Sunday
>   2012    Becoming White Clay: A History and Archaeology of Jicarilla Enclavement. The
>           University of Utah Press, Salt Lake City.

Ferg, Alan
>   1992    Western Apache and Yavapai Pottery and Features from the Rye Creek Project. In
>           The Rye Creek Project: Archaeology in the Upper Tonto Basin: Vol. 3 Synthesis
>           and Conclusions, by M.D. Elson and D.B Craig, pp. 3-27. Anthropological Papers
>           No. 11. Center for Desert Archaeology, Tucson.
>   2003    Traditional Western Apache Mescal Gathering as Recorded by Historical
>           Photographs and Museum Collections. Desert Plants 19 (2): 3-56. Published by
>           the University of Arizona for the Boyce Thompson Southwest Arboretum,
>           Tucson.
>   2004    An Introduction to Chiricahua and Mescalero Apache Pottery. The Arizona
>           Archaeologist No. 35. Arizona Archaeological Society, Phoenix.

Forbes, Jack D.
>   1966    The Early Western Apache, 1300-1700. *Journal of the West* 5(3):336-354.

Germick, Stephen
>   2012    Legend of Apache Leap: A Reevaluation. On file at Tonto National Forest
>           Supervisor's Office. Phoenix, Arizona. April 18, 2012

Gifford, Edward W.
>   1932    The Southeastern Yavapai. Publication in American Archaeology and Ethnology
>           29(3). University of California Press, Berkeley.

Goddard, Pliny E.
>   1918    Myths and Tales from the San Carlos Apache. Volume XXIV, Part I. New York:
>           American Museum of Natural History.

Goodwin, Grenville
>   1907-1940    Grenville Goodwin Among the Western Apache; letters from the field.
>                Morris E. Opler editor. Tucson, University of Arizona Press [c1973]
>   1907-1940    The Apache diaries : a father-son journey / Grenville Goodwin and Niel
>                Goodwin. Lincoln, University of Nebraska Press [c2000]
>   1935    The Social Divisions and Economic Life of the Western Apache. American
>           Anthropologist 37: 55-64.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
_____                           Pinal County, Arizona
Name of Property                                           County and State

1939 Papers of Grenville Goodwin, 1929-1939. Arizona State Museum, Tucson: University of Arizona.

1942 The Social Organization of the Western Apache. University of Chicago Press, Chicago.

1994 The Myths and Tales of the White Mountain Apache. The University of Arizona Press, Tucson.

1971 Western Apache Raiding and Warfare, from the notes of Grenville Goodwin. Edited by Keith H. Basso, with the assistance of E. W. Jernigan and W.B. Kessel. Univ of Arizona Press, Tucson

Gregory, David A.
 1981 Western Apache Archaeology: Problems and Approaches. In The Protohistoric Period in the North American Southwest, A.D. 1450-1700, edited by David R. Wilcox and W. Bruce Masse, pp. 257-274. Arizona State University Anthropological Research Papers 24. Arizona State University, Tempe.

Haley, James L.
 1981 Apaches: A History and Culture Portrait. University of Oklahoma Press Norman.

Herr, Sarah A.
 2006 *Dilzhe' 'e biitan*: Archaeological Investigations of Apache Sites near Little Green Valley, Arizona, State Route 260 – Payson to Heber Archaeological Project, Gila County Arizona, edited by Technical Report 2006-05. Desert Archaeology, Inc., Tucson.

Herr, Sarah A., Chris North, and J. Scott Wood
 2006 Scouting for Apache Archaeology in the Sub-Mogollon Rim Region, Kiva 75: 35-62. Hokanson et al.

Hopkins, Maren P., Chip Colwell, T.J. Ferguson, & Saul H. Hedquist.
 2015 Ethnographic and Ethnohistoric Study of the Superior Area, Arizona. Anthropological Research LLC., Tucson, Arizona.

Kane, Rudolph
 1978 The Origin of the Crown Dance: An Apache Narrative. University of Arizona Radio-TV-Film Bureau.

Khera, Sigrid, and Patricia S. Mariella
 1983 Yavapai. In *Handbook of North American Indians: Southwest,* Vol. 10, edited by Alfonso Ortiz. Smithsonian Institution, Washington, D.C.

Krall, Angie and Vincent E. Randall
 2009 *Shi Keyaa*: The Western Apache Homeland and Archaeology of the Mogollon Rim. Technical Report No. 2007-03. Desert Archaeology, Inc. Tucson.

Laluk, Nicholas Clinton
 2006 An Integrative Approach to Interpretations of an Historical-Period Apache Scout Camp at Fort Apache, Arizona. Master's Thesis. Department of Anthropology, University of Arizona, Tucson.

Lindeman, Michael & Gregory J. Whitney
 2005 The Resolution Project: Results of an Archaeological Survey in Pinal County, Arizona. Desert Archaeology, Inc. Technical Report No. 2003-10.

Low, Setha M., and Denise Lawrence-Zuniga, eds
 2005 The Anthropology of Space and Place. Malden: Blackwell Publishing.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

Morphy, Howard
    1995    Landscape and the reproduction of the ancestral past. In: The anthropology of landscape, perspectives of place and space. Hirsch, Eric; O'Hanlan, Michael, eds. Oxford: Clarendon Press: 184-209.

Nosie Jr., Wendsler
    2007    Testimony before the U.S. House Natural Resources Committee Subcommittee on National Parks, Forests and Public Lands. November 1, 2007.
    2009    Testimony before the U.S. Senate Energy and Natural Resources Committee Subcommittee on Public Lands and Forests. June 17, 2009.

Opler, Morris
    1973    Grenville Goodwin Among the Western Apache. The University of Arizona Press.

Perry, Richard J.
    1992    Western Apache Heritage: People of the Mountain Corridor. University of Texas Press, Austin.

Scott, G.S.
    1914    The Story of Apache Leap: A Region of Romance and Reminiscence Transformed by Modern Industry. Arizona 12.

Schroeder, Albert H.
    1959    A Study of Yavapai History, Parts I-III. National Park Service, Santa Fe, New Mexico.

Seymour, Albert H.
    1974    When the Rainbow Touches Down. The Heard Museum, Phoenix. Distributed by the University of Washington Press, Seattle.

Seymour, Deni J.
    2008    Despoblado or Athapaskan Heartland: A Methodological Perspective on Ancestral Apache Landscape Use in the Safford Area. Chapter 5 in Crossroads of the Southwest: Culture, Ethnicity, and Migration in Arizona's Safford Basin, pp. 121-162, edited by David E. Purcell, NY: Cambridge Scholars Press.
    2012    Isolating a Pre-differentiation Athapaskan Assemblage in the Southern Southwest: The Cerro Rojo Complex. In From the Land of Ever Winder to the American Southwest: Athapaskan Migrations, Mobility, and Ethnogenesis, edited by Deni J. Seymour, pp. 90-123. University of Utah Press, Salt Lake City.

Spicer, Edward H.
    1962    Cycles of Conquest: The Impact of Spain, Mexico, and the United States on the Indians of the Southwest, 1533-1960. The University of Arizona Press, Tucson.

Spoerl, Patricia M.
    2001    Mt. Graham (*Dzil Nchaan Si'an*) A Western Apache Traditional Cultural Property. Safford Ranger District, Coronado National Forest, Arizona. Tonto National Forest and Bureau of Land Management.
    1997    Draft Environmental Impact Statement for Cyprus Miami Leach Facility Expansion Project, Miami, Arizona. Submitted by Bureau of Land Management, Phoenix Field District; Forest Service, Tonto National Forest; and US Army Corps of Engineers, Los Angeles District.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

Chí'chil Bildagoteel  / Oak Flat                                      Pinal County, Arizona
Name of Property                                                      County and State

1998    Phase II Cyprus Miami Ethnohistoric Study of Approximately 1,215 acres of Tonto National Forest, Bureau of Land Management, and Patented Lands near Miami, Gila, and Pinal Counties, Arizona: Western Apache and Zuni Historic land use in Central Arizona. SWCA Archaeological Report No. 97-176.

Traditional Cultural Properties. National Register Bulletin. Guidelines for Evaluating and Documenting Traditional Cultural Properties. National Park Service & U.S. Department of the Interior. N.p., n.d. Web. 26, Nov. 2013.

Weber, David J.
1982    The Mexican Frontier, 1821-1846: The American Southwest Under Mexico. University of New Mexico Press, Albuquerque.

Whitney, Gregory J
2003    Archaeological Site Form. On file at Tonto National Forest Supervisor's Office. Phoenix, Arizona. April 22, 2003.

Whittlesey, Stephanie M. and Su Benaron
1997    Yavapai and Western Apache Ethnohistory and Material Culture. In *Vanishing River: Landscapes and Lives of the Lower Verde Valley: The Lower Verde Archaeological Project: Overview, Synthesis, and Conclusions,* edited by Stephanie M. Whittlesey, Richard Ciolek-Torrello, and Jeffrey H. Altschul, pp. 143-183. Statistical Research, Inc. Tucson.

Wood, J. Scott
1987    Checklist of Pottery Types for the Tonto National Forest: An Introduction to the Archaeological Ceramics of Central Arizona. The Arizona Archaeologist No.21. Arizona Archaeological Society, Phoenix.

Interviews by Nanebah Nez

Bear, Bob, Yavapai-Apache Nation, January 25, 2012

Bernette, Mae, White Mountain Apache Tribe, April 30, 2014.

Davis, Wally, Tonto Apache, May 24, 2012, Jan 23, 2014, April 16, 2014.

Evans, Linda, Yavapai-Apache Nation, April 30, 2014.

Randall, Vincent, Apache Cultural Director Yavapai-Apache Nation, Jan 23, 2014, March 14, 2014, April 16, 2014.

Riley, Ramone, White Mountain Apache Tribe, April 30, 2014

Rocha, Elizabeth, Yavapai-Apache Nation, March 14, 2014

Sneezy, Carol, San Carlos Apache Tribe, April 16, 2014.

Interview data collected from

San Carlos Apache Tribe Elder's Cultural Advisory Council (ECAC)

Western Apache Ethnobotany Project

Western Apache Place Names Project

Western Apache Natural World Project

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State

## Map Appendix

**Map A**          **TCP Boundary**
**Map B**          **Pre-Reservation Western Apache Bands Map**
**Map C**          **Goodwin Map**
**Map D**          **Goodwin Map**
**Map E**          **Archaeological Site Locations**
**Map F**          **Latitude/Longitude Map Points**
**Map G**          **Photo Log Map**
**Map H**          **Non-Archaeological Contributing Resources Map**

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                         Pinal County, Arizona
Name of Property                                                           County and State

**Map A          TCP Boundary (larger duplicate map attached)**



United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                    County and State

**Map B          Pre-Reservation Western Apache Bands Map**



**Traditional clan areas of the Western Apache,** *Chí'chil Bildagoteel* is just west of Pinal Peak
in the T'iis Tsebán territory. Map used with permission of San Carlos Apache Tribe Department
of Forest Resources.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chí'chil Bildagoteel / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

**Map C        Goodwin Map**



Traditional Migrations of Various Western Apache Clans
G. GOODWIN, *SOCIAL ORGANIZATION OF THE WESTERN APACHE*, U. CHICAGO, 1942.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                        County and State

**Map D          Basso Map**



Basso, K.H., ed. 1971. Western Apache Raiding and Warfare: From the notes of Grenville Goodwin. University of Arizona Press, Tucson.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                        OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                      County and State

**Map E          Archaeological Site Locations**

(b)(3) ARPA, (b)(3) NHPA

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                         OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*

Name of Property

Pinal County, Arizona

County and State

**Map F          Latitude/Longitude Map Points**



(b)(3) 25 USC 32A, (b)(3) ARPA, (b)(3) NHPA

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

**Map G          Photo Log Map**



**Only general locations are shown to protect for confidentiality.**

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

**Map H          Non-Archaeological Contributing Resources Map**

(b)(3) 25 USC 32A

**Only general locations are shown to protect for confidentiality.**

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*
_____
Name of Property

Pinal County, Arizona
_____
County and State

**Photo Log**
**Reference Map G on page 47 for photo point locations**

1 of 12
*Chí'chil Biłdagoteel.* Taken from Apache Leap facing Southwest.

2 of 12
*Chí'chil Biłdagoteel.* Looking North.

3 of 12
(b)(3) ARPA ███████████████████████████████

4 of 12
(b)(3) ARPA ███████████████████████████

5 of 12
(b)(3) ARPA ████████████████████

6 of 12
(b)(3) ARPA ██████████████████████

7 of 12
(b)(3) ARPA, (b)(3) 25 USC 32A ██████████████████████

8 of 12
(b)(3) 25 USC 32A █████████████████████████████████████

9 of 12
Sunrise Ceremony held at *Chí'chil Biłdagoteel* - April 2012.
Taken from www.azminingreform.org 5/12/2012 1200.

10 of 12
Sunrise Ceremony held at *Chí'chil Biłdagoteel* - April 2012.
Taken from www.azminingreform.org 5/12/2012 1200.

11 of 12
Holyground singers at *Chí'chil Biłdagoteel*. (photo courtesy of Yavapai-Apache Nation
Cultural Preservation Office)

12 of 12
Apache Elders at *Chí'chil Biłdagoteel* (photo courtesy of Yavapai-Apache Nation Cultural
Preservation Office)

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Biłdagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State



Photo 1. Taken from Apache Leap facing Southwest. On file at Tonto National Forest.



Photo 2. *Chí'chil Biłdagoteel.* Looking North.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                              OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Pro

Pinal County, Arizona
_ate_

Photo 3.

Photo 4.



United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State



Photo 5.

Photo 6.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State



(b)(3) 25 USC 32A, (b)(3) ARPA

Photo 7

Photo 8

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                  OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*                                    Pinal County, Arizona
Name of Property                                                     County and State



Photo 9. Sunrise Ceremony held at *Chí'chil Bildagoteel* 2012. Photo accessed from:
http://www.azminingreform.org



Photo 10. Sunrise Ceremony held at *Chí'chil Bildagoteel* 2012. Photo accessed from:
http://www.azminingreform.org

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State



Photo 11: Apache Holyground singers at *Chí'chil Bildagoteel* (photo courtesy of Yavapai-Apache Nation Cultural Preservation Office)



Photo 12:
Cultural Preservation Office)

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

*Chí'chil Bildagoteel  / Oak Flat*
Name of Property

Pinal County, Arizona
County and State

**Letters**