**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOUYEN BROWN LOPEZ** et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> **UNITED STATES OF AMERICA** et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-02408-TJK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION** |

Upon full consideration of Plaintiffs' July 25, 2025, motion for a preliminary injunction, the accompanying exhibits, and the papers filed in support of and in opposition to this motion, the Court hereby **GRANTS** Plaintiffs' motion for a preliminary injunction.

The Court **FINDS** and **DECLARES** that Plaintiffs have demonstrated a likelihood of success on their claims under the Religious Freedom Restoration Act (RFRA), the First Amendment to the United States Constitution, the National Environmental Policy Act (NEPA), and the National Historic Preservation Act (NHPA). Specifically, the Court finds that transferring Oak Flat to Resolution Copper for its destruction would violate RFRA and the Free Exercise Clause, and that Defendants' actions related to the issuance and implementation of the land transfer's environmental impact statement (EIS) violate NEPA, the NHPA, the Administrative Procedure Act (APA), and the implementing regulations and policies of these laws. The Court further **FINDS** and **DECLARES** that Plaintiffs have demonstrated that the transfer and destruction of Oak Flat would cause them irreparable harm and that the balance of equities and public interest both support the requested injunction because, among other reasons, Plaintiffs' constitutional and statutory rights are being violated and will continue to be violated if the land is transferred and Oak Flat is destroyed.

For these reasons, **IT IS HEREBY ORDERED THAT**, effective as of the date of this Order and while this litigation is ongoing:

1. Defendants are enjoined from conveying to Resolution Copper any right, title, or interest of the United States in the Federal land described in section 3003 of the National Defense Authorization Act for Fiscal Year 2015, Pub. L. No. 113-291, or otherwise allowing or authorizing Resolution Copper to take any action affecting the physical integrity of Oak Flat;

2. The EIS is set aside and vacated, and any actions or decisions based on the EIS are void;

3. This Court has exercised its discretion to determine that no bond shall be required.

IT IS SO ORDERED.

Date: _____                                  _____
                                                                              The Honorable Timothy J. Kelly

## LCvR 7(k) – List of Names of Persons to be Served

Angela Ellis
US Dept of Justice - ENRD M Street
150 M St. NE
Washington, DC 20002

Erika Danielle Norman
US Dept of Justice - ENRD
4 Constitution Sq.
Washington, DC 20002