JURY,TYPE–D

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:25–cv–02408–TJK

LOPEZ et al v. UNITED STATES OF AMERICA et al  
Assigned to: Judge Timothy J. Kelly  
Cause: 42:2000 Religion

Date Filed: 07/24/2025  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**GOUYEN BROWN LOPEZ**　　　　　　　　　represented by **Christian Joshua Myers**
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW
Suite 900
Washington, DC 20001
202–689–2001
Email: josh.myers@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SINETTA LOPEZ**　　　　　　　　　represented by **Christian Joshua Myers**
*on behalf of herself and her minor child L.B.*　　　(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NOMIE BROWN**　　　　　　　　　represented by **Christian Joshua Myers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANGELA KINSEY**　　　　　　　　　represented by **Christian Joshua Myers**
*on behalf of herself and her minor children V.K.*　(See above for address)
*and M.K.*　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**　　　　　represented by **Erika D. Norman**
U.S. DEPARTMENT OF JUSTICE
150 M Street, NE
Washington, DC 20002
202–305–0475
Email: erika.norman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela Ellis**
DOJ–ENRD

|  |  |
|---|---|
|  | Environment and Natural Resources Division<br>150 M Street NE<br>Washington, DC 20002<br>202–305–0466<br>Email: angela.ellis@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory Martin Cumming**<br>U.S. DEPARTMENT OF JUSTICE<br>Natural Resources Section<br>150 M Street, N.E.<br>Suite 2.900<br>Washington, DC 20002<br>202–598–0414<br>Email: gregory.cumming@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | represented by | **Erika D. Norman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Angela Ellis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory Martin Cumming**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **BROOKE ROLLINS** | represented by | **Erika D. Norman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Angela Ellis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory Martin Cumming**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES FOREST SERVICE** | represented by | **Erika D. Norman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Angela Ellis**<br>(See above for address) |

|  |  | *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Gregory Martin Cumming**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **TOM SCHULTZ** | represented by | **Erika D. Norman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Angela Ellis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Gregory Martin Cumming**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor Defendant**

| **RESOLUTION COPPER MINING LLC** | represented by | **Michael Robert Huston**<br>PERKINS COIE LLP<br>2525 East Camelback Road<br>Suite 500<br>Phoenix, AZ 85016<br>602−351−8062<br>Email: mhuston@perkinscoie.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|


| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2025 | Ï 1 | COMPLAINT against BROOKE ROLLINS, TOM SCHULTZ, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, UNITED STATES OF AMERICA with Jury Demand ( Filing fee $ 405 receipt number ADCDC−11842616) filed by NOMIE BROWN, SINETTA LOPEZ, ANGELA KINSEY, GOUYEN BROWN LOPEZ. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons)(Myers, Christian) (Entered: 07/24/2025) |
| 07/24/2025 | Ï 2 | NOTICE OF RELATED CASE by NOMIE BROWN, ANGELA KINSEY, GOUYEN BROWN LOPEZ, SINETTA LOPEZ. Case related to Case No. 2:21−cv−00068 (D. Ariz.); Case No. 2:21−cv−00050−SPL (D. Ariz.); Case No. 2:21−cv−00122−DWL (D. Ariz.). (Myers, Christian) (Entered: 07/24/2025) |
| 07/25/2025 | Ï | Case Assigned to Judge Timothy J. Kelly. (zmbs) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 3 | SUMMONS (5) Issued Electronically as to All Defendants and U.S. Attorney (Attachments: # 1 Notice and Consent)(zmbs) (Attachment 1 replaced on 7/28/2025) (znmw). (Entered: 07/25/2025) |
| 07/25/2025 | Ï |  |

| | | |
|---|---|---|
| | | NOTICE OF NEW CASE ERROR regarding 1 Complaint,. The following error(s) need correction: Missing summonses– U.S. government. When naming a U.S. government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit summons for US Attorney General using the event Request for Summons to Issue. (zmbs) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 4 | STANDING ORDER. See Order for details. Signed by Judge Timothy J. Kelly on 7/25/2025. (lctjk2) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 5 | REQUEST FOR SUMMONS TO ISSUE *for United States Attorney General* filed by NOMIE BROWN, SINETTA LOPEZ, ANGELA KINSEY, GOUYEN BROWN LOPEZ.(Myers, Christian) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 6 | SUMMONS (1) Issued Electronically as to UNITED STATES DEPARTMENT OF AGRICULTURE U.S. Attorney General (Attachments: # 1 Notice and Consent)(zdp) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 7 | MOTION to Transfer Case *to District of Arizona* by BROOKE ROLLINS, TOM SCHULTZ, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Norman, Erika) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 8 | NOTICE of Appearance by Michael Robert Huston on behalf of Resolution Copper Mining LLC (Huston, Michael) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 9 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by Resolution Copper Mining LLC (Huston, Michael) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 10 | MOTION to Intervene by Resolution Copper Mining LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Huston, Michael) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 11 | MEMORANDUM re 10 MOTION to Intervene by Resolution Copper Mining LLC. (Attachments: # 1 Exhibit 1)(Huston, Michael) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 12 | MOTION to Transfer Case by Resolution Copper Mining LLC. (Attachments: # 1 Exhibit A)(Huston, Michael) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 13 | MEMORANDUM (corrected) re 10 MOTION to Intervene by Resolution Copper Mining LLC. (Attachments: # 1 Exhibit 1)(Huston, Michael) Modified docket text on 7/29/2025 (zdp). (Entered: 07/25/2025) |
| 07/25/2025 | Ï 14 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Miles E. Coleman, Filing fee $ 100, receipt number ADCDC–11846027. Fee Status: Fee Paid. by NOMIE BROWN, ANGELA KINSEY, GOUYEN BROWN LOPEZ, SINETTA LOPEZ. (Attachments: # 1 Exhibit A.Declaration of Miles E. Coleman, # 2 Exhibit B.Certificate of Good Standing for Miles E. Coleman)(Myers, Christian) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 15 | MOTION for Preliminary Injunction by NOMIE BROWN, ANGELA KINSEY, GOUYEN BROWN LOPEZ, SINETTA LOPEZ. (Attachments: # 1 Memorandum in Support of Preliminary Injunction, # 2 Declaration of Gouyen Brown Lopez, # 3 Declaration of Sinetta Lopez, # 4 Declaration of Nomie Brown, # 5 Declaration of Angela Kinsey, # 6 Declaration of Miles Coleman, # 7 Exhibit 1 to Miles E. Coleman Declaration, # 8 Text of Proposed Order)(Myers, Christian) (Entered: 07/25/2025) |
| 07/27/2025 | Ï | MINUTE ORDER: It is hereby ORDERED that Defendants and Proposed Intervenor–Defendant shall respond to Plaintiffs' proposed preliminary–injunction briefing schedule, ECF No. 15 at 2, by July 28, 2025 at 12:00 noon. It is further ORDERED that Plaintiffs shall file their oppositions, if any, to Defendants' 7 Motion to Transfer Venue and Proposed Intervenor–Defendant's 10 Motion to |

| | | |
|---|---|---|
| | | Intervene and 12 Motion to Transfer Venue by July 29, 2025 at 12:00 noon. It is further ORDERED that Defendants and Proposed Intervenor−Defendant shall file their replies in support of their 7, 10, and 12 Motions by July 31, 2025 at 12:00 noon. Signed by Judge Timothy J. Kelly on 7/27/2025. (lctjk2) (Entered: 07/27/2025) |
| 07/28/2025 | Ï 16 | RESPONSE *Federal Defendants' Response to Plaintiffs' Proposed Preliminary−Injunction Briefing Schedule* by BROOKE ROLLINS, TOM SCHULTZ, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, UNITED STATES OF AMERICA re Order,,, Set Deadlines,, (Norman, Erika) Modified event title on 7/29/2025 (znmw). (Entered: 07/28/2025) |
| 07/28/2025 | Ï 17 | RESPONSE *Proposed Intervenor−Defendant in Response to Plaintiffs' Proposed Preliminary−Injunction Briefing Schedule* by Resolution Copper Mining LLC re Order (Huston, Michael) Modified event title and link on 7/29/2025 (znmw). (Entered: 07/28/2025) |
| 07/28/2025 | Ï 18 | NOTICE of Appearance by Angela Ellis on behalf of All Defendants (Ellis, Angela) (Entered: 07/28/2025) |
| 07/29/2025 | Ï 19 | RESPONSE re 10 MOTION to Intervene filed by NOMIE BROWN, ANGELA KINSEY, GOUYEN BROWN LOPEZ, SINETTA LOPEZ. (Attachments: # 1 Text of Proposed Order Imposing Conditions of Defendant−Intervenor Resolution Copper Mining LLC)(Myers, Christian) (Entered: 07/29/2025) |
| 07/29/2025 | Ï 20 | Memorandum in opposition to re 12 MOTION to Transfer Case , 7 MOTION to Transfer Case *to District of Arizona* filed by NOMIE BROWN, ANGELA KINSEY, GOUYEN BROWN LOPEZ, SINETTA LOPEZ. (Attachments: # 1 Text of Proposed Order Denying Defendants and Defendant−Intervenors' Motion to Transfer)(Myers, Christian) (Entered: 07/29/2025) |
| 07/29/2025 | Ï 21 | REPLY re 17 Notice (Other), 16 Notice (Other), filed by NOMIE BROWN, ANGELA KINSEY, GOUYEN BROWN LOPEZ, SINETTA LOPEZ. (Myers, Christian) (Entered: 07/29/2025) |
| 07/30/2025 | Ï 22 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jeffrey Albert Wald, Filing fee $ 100, receipt number ADCDC−11852853. Fee Status: Fee Paid. by NOMIE BROWN, ANGELA KINSEY, GOUYEN BROWN LOPEZ, SINETTA LOPEZ. (Attachments: # 1 Exhibit A.Wald Declaration, # 2 Exhibit B.Wald Certificate of Good Standing, # 3 Text of Proposed Order Granting Motion for Motion for Jeffrey Albert Wald)(Myers, Christian) (Entered: 07/30/2025) |
| 07/31/2025 | Ï 23 | REPLY to opposition to motion re 7 Motion to Transfer Case filed by BROOKE ROLLINS, TOM SCHULTZ, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, UNITED STATES OF AMERICA. (Ellis, Angela) (Entered: 07/31/2025) |
| 07/31/2025 | Ï 24 | REPLY to opposition to motion re 10 Motion to Intervene filed by RESOLUTION COPPER MINING LLC. (Huston, Michael) (Entered: 07/31/2025) |
| 07/31/2025 | Ï 25 | REPLY to opposition to motion re 12 Motion to Transfer Case filed by RESOLUTION COPPER MINING LLC. (Huston, Michael) (Entered: 07/31/2025) |
| 08/01/2025 | Ï 26 | NOTICE of Appearance by Gregory Martin Cumming on behalf of BROOKE ROLLINS, TOM SCHULTZ, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, UNITED STATES OF AMERICA (Cumming, Gregory) (Entered: 08/01/2025) |
| 08/01/2025 | Ï | MINUTE ORDER granting Resolution Copper Mining LLC's 10 Motion to Intervene. Federal Rule of Civil Procedure 24(b) provides that a "court may permit anyone to intervene who... has a claim or defense that shares with the main action a common question of law or fact." Resolution has satisfied this requirement. Thus, upon consideration of Resolution's 10 Motion to Intervene and Plaintiffs' 19 Statement Regarding Resolution Copper Mining LLC's Motion to Intervene, and since Plaintiffs and |

|  |  |  | |
|---|---|---|---|
|  |  | Defendants do not oppose intervention, it is hereby ORDERED that Resolution's 10 Motion is GRANTED. It is further ORDERED that Resolution is permitted to intervene in this case as Intervenor–Defendant. It is further ORDERED that the Court DENIES WITHOUT PREJUDICE Plaintiffs' request to impose conditions on Resolution's participation. Signed by Judge Timothy J. Kelly on 8/1/2025. (lctjk2) (Entered: 08/01/2025) |
| 08/01/2025 | Ï | MINUTE ORDER: It is hereby ORDERED that Defendants and Intervenor–Defendant shall file their responses to Plaintiff's 15 Application for Preliminary Injunction by August 5, 2025, and Plaintiffs shall file their reply by August 11, 2025. Signed by Judge Timothy J. Kelly on 8/1/2025. (lctjk2) (Entered: 08/01/2025) |
| 08/01/2025 | Ï 27 | ORDER granting Defendants' 7 Motion to Transfer Venue and Intervenor–Defendant's 12 Motion to Transfer Venue. See Order for details. The Clerk of Court is directed to TRANSFER this case to the District of Arizona FORTHWITH. Signed by Judge Timothy J. Kelly on 8/1/2025. (lctjk2) (Entered: 08/01/2025) |
| 08/01/2025 | Ï 28 | MEMORANDUM in support of the Court's 27 Order granting Defendants' 7 Motion to Transfer Venue and Intervenor–Defendant's 12 Motion to Transfer Venue. Signed by Judge Timothy J. Kelly on 8/1/2025. (lctjk2) (Entered: 08/01/2025) |