# United States District Court
District of Arizona
## Office of the Clerk

**Debra D. Lucas**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



**Lenore Benoit**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Mags Everette**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

August 5, 2025

To: All Parties/Counsel of Record

**Re:  Lopez, et al., v. United States of America, et al.,**

Dear Parties/Counsel of Record:

The above-mentioned cause of action has been received in this district and has been assigned to the Honorable Dominic W Lanza for all further proceedings.  All future pleadings should now list the following complete case number:  CV-25-2758-PHX-DWL.

If any documents have been filed in Washington D.C. since the transfer of this case, please arrange with the Clerk there to send them to this office for filing.

Sincerely,

**DEBRA D. LUCAS, DCE/CLERK**


By: <u>s/M. Pruneau</u>
    Deputy Clerk