| | |
|---|---|
| 1 | Christopher D. Thomas (#010482) |
| 2 | Andrea J. Driggs (#023633) |
|   | Janet M. Howe (#034615) |
| 3 | Benjamin A. Longbottom (#038602) |
|   | HOLLAND & HART LLP |
| 4 | 2398 East Camelback Road, Suite 650 |
|   | Phoenix, Arizona 85016 |
| 5 | Telephone: +1.602.316.9334 |
|   | CDThomas@hollandhart.com |
| 6 | AJDriggs@hollandhart.com |
|   | JMHowe@hollandhart.com |
| 7 | BALongbottom@hollandhart.com |

*Attorneys for Defendant-Intervenor Resolution Copper Mining LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| GOUYEN BROWN LOPEZ, SINETTA LOPEZ, on behalf of herself and her minor child L.B., NOMIE BROWN, and ANGELA KINSEY, on behalf of herself and her minor children V.K. and M.K., | No. 2:25-cv-02758-DWL |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, BROOKE ROLLINS and TOM SCHULTZ, | |
| Defendants. | |

PLEASE TAKE NOTICE that Christopher D. Thomas, Andrea J. Driggs, Janet M. Howe, and Benjamin A. Longbottom of the law firm of Holland & Hart LLP hereby enter their appearance as additional counsel of record on behalf of Defendant-Intervenor Resolution Copper Mining LLC. Service of papers in the above-entitled case should be sent to undersigned counsel.

-1-

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated August 5, 2025 | Respectfully submitted, |
| 4 | | **HOLLAND & HART LLP** |
| 5 | | By: /s/ *Christopher D. Thomas* |
| 6 | | Christopher D. Thomas (#010482) |
| | | Andrea J. Driggs (#023633) |
| 7 | | Janet M. Howe (#034615) |
| 8 | | Benjamin A. Longbottom (#038602) |
| | | 2398 E. Camelback Road |
| 9 | | Suite 650 |
| | | Phoenix, Arizona 85016 |
| 10 | | *Counsel for Defendant-Intervenor Resolution Copper Mining LLC* |

|     |                                                                                                     |
| --- | --------------------------------------------------------------------------------------------------- |
| 1   | **CERTIFICATE OF SERVICE**                                                                          |
| 2   | I hereby certify that, on August 5, 2025, I electronically transmitted the attached                 |
| 3   | documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a             |
| 4   | Notice of Electronic Filing to the CM/ECF registrants.                                              |
| 6   | *s/ Christopher D. Thomas*                                                                          |

35532655_v2 111117.0003