1  Michael R. Huston (#038763)
   Diane M. Johnsen (#007634)
2  Samantha J. Burke (#036064)
   Addison W. Bennett (#039801)
3  **PERKINS COIE LLP**
   2525 E. Camelback Road, Suite 500
4  Phoenix, Arizona 85016-4227
   Telephone: +1.602.351.8000
5  Facsimile: +1.602.648.7000
   MHuston@perkinscoie.com
6  DJohnsen@perkinscoie.com
   SBurke@perkinscoie.com
7  ABennett@perkinscoie.com
   DocketPHX@perkinscoie.com
8

9  *Attorneys for Defendant-Intervenor*
   *Resolution Copper Mining LLC*
10

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Gouyen Brown Lopez; Sinetta Lopez, on behalf of herself and her minor child L.B.; Nomie Brown; and Angela Kinsye, on behalf of herself and her minor children V.K. and M.K., | No. CV-25-02758-PHX-DWL |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| United States of America; United States Department of Agriculture; United States Forest Service; Brooke Rollins and Tom Schultz, | |
| Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendant-Intervenor, Resolution Copper Mining LLC, in the above-captioned matter and requests notice of all further proceedings. The law firm of Perkins Coie LLP is appearing as co-counsel alongside the law firm of Holland & Hart LLP.

1      In connection with this notice, all future pleadings and other papers with regards to
2 this action are to be served on the undersigned counsel.

3     Diane M. Johnsen
    PERKINS COIE LLP
4     2525 E. Camelback Road, Suite 500
    Phoenix, Arizona 85016-4227
5     DJohnsen@perkinscoie.com

Dated: August 5, 2025         **PERKINS COIE LLP**

By: */s/Diane M. Johnsen*
    Michael R. Huston (#038763)
    Diane M. Johnsen (#007634)
    Samantha J. Burke (#036064)
    Addison W. Bennett (#039801)
    2525 E. Camelback Road, Suite 500
    Phoenix, Arizona 85016-4227
    MHuston@perkinscoie.com
    DJohnsen@perkinscoie.com
    SBurke@perkinscoie.com
    ABennett@perkinscoie.com

*Attorneys for Defendant-Intervenor
Resolution Copper Mining LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*s/ Amy Robinson-Allen*