Michael R. Huston (#038763)
Diane M. Johnsen (#007634)
Samantha J. Burke (#036064)
Addison W. Bennett (#039801)
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000
MHuston@perkinscoie.com
DJohnsen@perkinscoie.com
SBurke@perkinscoie.com
ABennett@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendant-Intervenor*
*Resolution Copper Mining LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Gouyen Brown Lopez; Sinetta Lopez, on behalf of herself and her minor child L.B.; Nomie Brown; and Angela Kinsye, on behalf of herself and her minor children V.K. and M.K., | No. CV-25-02758-PHX-DWL |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| United States of America; United States Department of Agriculture; United States Forest Service; Brooke Rollins and Tom Schultz, | |
| Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendant-Intervenor, Resolution Copper Mining LLC, in the above-captioned matter and requests notice of all further proceedings. The law firm of Perkins Coie LLP is appearing as co-counsel alongside the law firm of Holland & Hart LLP.

1    In connection with this notice, all future pleadings and other papers with regards to
2 this action are to be served on the undersigned counsel.

3      Addison W. Bennett
       PERKINS COIE LLP
4      2525 E. Camelback Road, Suite 500
       Phoenix, Arizona 85016-4227
5      ABennett@perkinscoie.com

6

7
       Dated:  August 5, 2025                    **PERKINS COIE LLP**
8

9                                                By: */s/Addison W. Bennett*
                                                    Michael R. Huston (#038763)
10                                                  Diane M. Johnsen (#007634)
                                                    Samantha J. Burke (#036064)
11                                                  Addison W. Bennett (#039801)
                                                    2525 E. Camelback Road, Suite 500
12                                                  Phoenix, Arizona 85016-4227
                                                    MHuston@perkinscoie.com
13                                                  DJohnsen@perkinscoie.com
                                                    SBurke@perkinscoie.com
14                                                  ABennett@perkinscoie.com

15                                               *Attorneys for Defendant-Intervenor*
                                                 *Resolution Copper Mining LLC*
16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*s/ Amy Robinson-Allen*