| | |
|---|---|
| 1 | Michael R. Huston (#038763) |
|   | Diane M. Johnsen (#007634) |
| 2 | Samantha J. Burke (#036064) |
|   | Addison W. Bennett (#039801) |
| 3 | **PERKINS COIE LLP** |
|   | 2525 E. Camelback Road, Suite 500 |
| 4 | Phoenix, Arizona 85016-4227 |
|   | Telephone: +1.602.351.8000 |
| 5 | Facsimile: +1.602.648.7000 |
|   | MHuston@perkinscoie.com |
| 6 | DJohnsen@perkinscoie.com |
|   | SBurke@perkinscoie.com |
| 7 | ABennett@perkinscoie.com |
|   | DocketPHX@perkinscoie.com |

*Attorneys for Defendant-Intervenor Resolution Copper Mining LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Gouyen Brown Lopez; Sinetta Lopez, on behalf of herself and her minor child L.B.; Nomie Brown; and Angela Kinsye, on behalf of herself and her minor children V.K. and M.K., | No. CV-25-02758-PHX-DWL |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| United States of America; United States Department of Agriculture; United States Forest Service; Brooke Rollins and Tom Schultz, | |
| Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendant-Intervenor, Resolution Copper Mining LLC, in the above-captioned matter and requests notice of all further proceedings. The law firm of Perkins Coie LLP is appearing as co-counsel alongside the law firm of Holland & Hart LLP.

1  In connection with this notice, all future pleadings and other papers with regards to
2  this action are to be served on the undersigned counsel.

3  Samantha J. Burke
   PERKINS COIE LLP
4  2525 E. Camelback Road, Suite 500
   Phoenix, Arizona 85016-4227
5  SBurke@perkinscoie.com

6

7
   Dated:  August 5, 2025                    **PERKINS COIE LLP**
8

9                                            By: */s/Samantha J. Burke*
                                                 Michael R. Huston (#038763)
10                                               Diane M. Johnsen (#007634)
                                                 Samantha J. Burke (#036064)
11                                               Addison W. Bennett (#039801)
                                                 2525 E. Camelback Road, Suite 500
12                                               Phoenix, Arizona 85016-4227
                                                 MHuston@perkinscoie.com
13                                               DJohnsen@perkinscoie.com
                                                 SBurke@perkinscoie.com
14                                               ABennett@perkinscoie.com

15                                           *Attorneys for Defendant-Intervenor*
                                             *Resolution Copper Mining LLC*
16

17

18

19

20

21

22

23

24

25

26

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*s/ Amy Robinson-Allen*