NELSON MULLINS RILEY & SCARBOROUGH, LLP
Miles E. Coleman (admitted *pro hac vice*)
miles.coleman@nelsonmullins.com
2 W. Washington St., 4th Floor
Greenville, SC 29601
Telephone: (864) 373-2352
Facsimile: (864) 373-2925

Jeffrey A. Wald (application for admission *pro hac vice* pending)
jeffrey.wald@nelsonmullins.com
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Telephone: (336) 774-3335
Facsimile: (336) 774-3299

Madeline C. Bergstrom (application for admission *pro hac vice* forthcoming)
madeline.bergstrom@nelsonmullins.com
101 Constitution Ave. NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2807
Facsimile: (202) 689-2860

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gouyen Brown Lopez; Sinetta Lopez, on behalf of herself and her minor child L.B.; Nomie Brown; and Angela Kinsey, on behalf of herself and her minor children V.K. and M.K., Plaintiffs, vs. United States of America; United States Department of Agriculture; United States Forest Service; Brooke Rollins; and Tom Schultz, Defendant. | Case No. 2:25-cv-2758-PHX-DWL<br>**Notice of Substitution or Association** |

Pursuant to Local Civil Rule 83.3(b)(4) (D. Ariz.), Plaintiffs hereby notify the Court that Plaintiffs will continue to be represented in this matter by Miles Coleman, Jeffrey Wald, and Madeline Bergstrom, of the law firm Nelson Mullins Riley & Scarborough LLP. Their colleague, Christian J. Myers, who, with them, represented Plaintiffs in this case while it was pending before the United States District Court for the District of Columbia, will not be appearing before this Court in this matter and does not plan to seek admission to practice in this Court in this matter.

| | | |
|---|---|---|
| 1 | Dated August 11, 2025 | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
| 2 | | By: /s/ Miles E. Coleman |

                                      Miles E. Coleman (admitted *pro hac vice*)
                                      miles.coleman@nelsonmullins.com
                                      2 W. Washington St., 4th Floor
                                      Greenville, SC 29601
                                      Telephone:  864.373.2352
                                      Facsimile: 864.373.2925

                                      Jeffrey A. Wald
                                      (application for admission *pro hac vice* pending)
                                      jeffrey.wald@nelsonmullins.com
                                      380 Knollwood Street, Suite 530
                                      Winston-Salem, NC 27103
                                      Telephone: (336) 774-3335
                                      Facsimile: (336) 774-3299

                                      Madeline C. Bergstrom
                                      (application for admission *pro hac vice* forthcoming)
                                      madeline.bergstrom@nelsonmullins.com
                                      101 Constitution Ave. NW, Suite 900
                                      Washington, DC 20001
                                      Telephone: (202) 689-2807
                                      Facsimile: (202) 689-2860

                                      *Attorney for Plaintiffs*