ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ERIKA NORMAN
ANGELA ELLIS
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov; Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Lopez, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>United States of America, et al.,<br><br>        Defendants,<br><br>    v.    Resolution Copper Mining, LLC. | NO. CV-25-02758-PHX-DWL<br><br>**JOINT UNOPPOSED MOTION BY DEFENDANTS TO STAY DEADLINE TO RESPOND TO COMPLAINT PENDING NINTH CIRCUIT DECISION ON INJUNCTION PENDING APPEAL** |

Federal Defendants and Defendant-Intervenor Resolution Copper Mining, LLC (together "Defendants") jointly move the Court for a stay of their deadlines to respond to the Complaints in this matter, pending the Ninth Circuit's resolution of Plaintiffs' pending motion for an injunction pending appeal. Defendants' responses to the complaint are currently due September 16, 2025. Dkt. No. 42.

Good cause exists for a temporary stay. Following this Court's August 17, 2025 ruling denying Plaintiffs' motion for preliminary injunctive relief, Plaintiffs appealed that decision to the Ninth Circuit and moved for an injunction pending appeal. The Ninth Circuit's motions panel neither granted nor denied Plaintiffs' motion but referred the matter to the merits panel while entering an administrative stay against the land exchange. The Ninth Circuit further entered an expedited schedule for briefing on the merits of Plaintiffs' appeal. That briefing schedule is currently set to conclude by October 14, 2025. A temporary stay in this Court would allow the parties to focus their resources in the near term on merits briefing before the Ninth Circuit rather than on responding to amended complaints (that Plaintiffs may amend again, after the Final Record of Decision is issued) and potential motions practice before this Court. Defendants further submit that judicial economy is served by staying these cases at least until the merits panels decides the pending motions for an injunction pending appeal.

Defendants propose that, within fourteen days of a decision from the court of appeals on the pending injunction-pending-appeal motion, the parties submit a joint status report setting forth the parties' positions—or separate positions if the parties cannot agree—on further proceedings in this Court. Those proceedings could include a continued stay pending further appellate proceedings, a resumption of the litigation in this Court, and/or Plaintiffs filing an amended complaint following the publication of the Final Record of Decision.

The parties have met and conferred, and Plaintiffs do not oppose this motion for a stay pending the Ninth Circuit's resolution of the injunction-pending-appeal motion.

Submitted this 5th day of September 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Erika Norman*
Erika Norman
Angela Ellis
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Angela.ellis@usdoj.gov

*Attorneys for Federal Defendants*

By: */s/ Michael R. Huston, w/ permission*
Michael R. Huston (#038763)
Diane M. Johnsen (#007634)
Samantha J. Burke (#036064)
Addison W. Bennett (#039801*)
Perkins Coie LLP
2525 E. Camelback Road
Suite 500
Phoenix, Arizona 85016
* Application for admission in this
Court pending

Christopher D. Thomas
Andrea J. Driggs
Janet M. Howe
Benjamin A. Longbottom
HOLLAND & HART, LLP
3110 North Central Ave
Suite D-160 (ground)
Phoenix, Arizona 85012

*Attorneys for Defendant-Intervenor Resolution Copper Mining, LLC*