# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>        Plaintiff,<br><br>v.<br><br>United States Forest Service, et al.,<br><br>        Defendants. | No. CV-21-00068-PHX-DWL<br>No. CV-21-00122-PHX-DWL<br>No. CV-25-02758-PHX-DWL<br><br>**ORDER** |
| Arizona Mining Reform Coalition, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>United States Forest Service, et al.,<br><br>        Defendants. | |
| Gouyen Brown Lopez, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>United States of America, et al.<br><br>        Defendants. | |

The Court has reviewed the parties' joint status report and agrees with Plaintiffs that the stay should remain in effect pending the resolution of Plaintiffs' anticipated petition for rehearing en banc. This approach will promote judicial economy and avoid the potential

for inconsistent rulings.  Additionally, continuation of the stay will not result in any prejudice to Defendants.

Accordingly,

**IT IS ORDERED** that the parties shall submit a joint status report within 14 days of when the mandate issues.

Dated this 30th day of March, 2026.

Dominic W. Lanza
United States District Judge

- 2 -