**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| San Carlos Apache Tribe,<br>Plaintiff,<br>v.<br>United States of America, et al.<br>Defendants. | No. CV-21-00068-PHX-DWL<br>CV-21-00122-PHX-DWL<br>CV-25-02758-PHX-DWL<br><br>**JOINT STATUS REPORT** |
| Arizona Mining Reform Coalition, et al.,<br>Plaintiffs,<br>v.<br>United States Forest Service, et al.,<br>Defendants. | |
| Gouyen Brown Lopez, et al.,<br>Plaintiffs,<br>v.<br>United States of America, et al.<br>Defendants. | |

On September 8, 2025, this Court stayed these cases "in [their] entirety" and ordered the parties to submit a joint status report, "within fourteen days of a decision from the court of appeals on the pending injunction-pending-appeal motion," setting forth their positions "on further proceedings in this Court." San Carlos Apache Tribe Dkt. No. 131; AMRC Dkt. No. 105; Lopez Dkt. No. 49. The parties did so on March 27, 2026, after the Ninth Circuit issued an opinion affirming this Court's orders denying Plaintiffs' motions for a preliminary injunction. San Carlos Apache Tribe Dkt. No. 134; AMRC Dkt. No. 108;

Lopez Dkt. No. 52. The parties took different positions: Plaintiffs argued that the case should remain stayed until the Ninth Circuit resolved their forthcoming petitions for rehearing and rehearing en banc. The Federal Defendants and Defendant-Intervenor Resolution Copper argued that proceedings in the district court should resume. On March 30, 2026, the Court ordered "that the stay should remain in effect pending the resolution of Plaintiffs' anticipated petition for rehearing en banc," and it directed the parties to "submit a joint status report within 14 days of when the mandate issues." San Carlos Dkt. No. 135; AMRC Dkt. No. 108; Lopez Dkt. No. 53. The Ninth Circuit denied the petitions for rehearing on September 29, 2026. The mandate issued on October 7, 2026. *Arizona Mining Reform Coalition v. USFS*, No. 25-5185 (9th Cir. Oct. 7, 2026).

The parties now submit this joint status report addressing the three cases:

**San Carlos Apache Tribe and AMRC Cases, Nos. 21-68 and 21-122**

All parties in these two cases agree that, now that the stay has expired by its own terms, Plaintiffs should proceed to update their pleadings. Plaintiffs in both cases have expressed their intention to amend their complaints, to which Defendants consent.[1] The parties have met and conferred and request that the Court enter the following schedule for the filing of Plaintiffs' third (Tribe) and second (AMRC) amended complaints and Defendants' respective responses to the amended complaints:

- Plaintiffs shall file their amended pleadings by **December 1, 2026**;
- Defendants shall file responses (either answers or Rule 12 motions) by **January 22, 2026**.

Plaintiffs anticipate their amended complaints will raise claims to be decided on administrative record(s) under the Administrative Procedure Act. Unless otherwise ordered

[1] Resolution Copper joins in the Federal Defendants' positions in this joint status report. For efficiency this report therefore refers to Defendants and Defendant-Intervenors collectively as "Defendants."

by the Court, the parties will submit a proposed schedule for the lodging of the administrative record(s), any record-related motions, and cross-motions for summary judgment within fourteen days of Defendants filing answers to the amended complaints.

**The Lopez Case, No. 25-2758**

Plaintiffs' Position:

The Lopez Plaintiffs believe their case should remain stayed pending disposition of their forthcoming petition for certiorari to the U.S. Supreme Court. They intend to file a motion with this Court setting forth the reasons for their position on October 23, 2026.

Defendants' Position:

Defendants disagree with Lopez's contention that this Court should enter a new stay of this case. They intend to file an opposition to the Lopez Plaintiffs' motion in due course.

Respectfully submitted,

Dated: October 21, 2026

/s/ *Roger Flynn, with permission (EDN)*
Roger Flynn (CO Bar # 21078)
(*pro hac vice*)
Jeffrey C. Parsons (CO Bar #30210) (*pro hac vice*)
WESTERN MINING ACTION PROJECT
P.O. Box 349 440 Main St., #2
Lyons, Colorado 80540
Email: roger@wmaplaw.org

Marc D. Fink (MN Bar #343407)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street
Duluth, Minnesota 55805

Allison N. Henderson (CO Bar #45088)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY

*/s/ Erika Norman*
ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ERIKA NORMAN
Senior Trial Attorney
Energy & Natural Resources Div.
Natural Resources Section
U.S. Department of Justice
150 M. Street, NE
Washington, D.C. 20002
(202) 532-3143

*Attorneys for Federal Defendants*

P.O. Box 3024
Crested Butte, CO 81224

*Attorneys for Plaintiffs AMRC et al.*

/s/ Susan B. Montgomery, with permission (EDN)
Susan B. Montgomery
MONTGOMERY & INTERPRETER, PLC
3301 E. Thunderbird Rd.
Phoenix, AZ 85032
(480) 513-6825
smontgomery@milawaz.com
rinterpreter@milawaz.com

*Attorney for the Plaintiff Inter Tribal Association of Arizona, Inc.*

/s/ Alexander B. Ritchie, with permission (EDN)
Alexander B. Ritchie (#019579)
Justine Jimmie (#019148)
Laurel Herrmann (#025623)
Jana Sutton (#023040)
Bernardo M. Velasco (#033746)
SAN CARLOS APACHE TRIBE
DEPARMENT OF JUSTICE
P.O. Box 40
San Carlos, Arizona 85550

Steve Titla (#009325)
TITLA & PARSI, PLLC
*(of counsel)*
*245 S. Hill Street*
*P.O. Box 1143*
*Globe, Arizona 85502*

*Attorneys for Plaintiff San Carlos Apache Tribe*

/s/Michael R. Huston, with permission (EDN)
Michael R. Huston (#038763)
SULLIVAN & CROMWELL LLP
1700 New York Ave., NW #700
Washington, D.C. 20006
(202) 956-6972

Diane M. Johnsen (#007634)
Samantha J. Burke (#036064)
Addison W. Bennett (#039801)
ASHURST PERKINS COIE US LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227

Christopher D. Thomas (#010482)
Andrea J. Driggs (#023633)
Janet M. Howe (#034615)
Benjamin A. Longbottom (#038602)
HOLLAND & HART LLP
2398 E. Camelback Road, Suite 650
Phoenix, AZ 85016

*Attorneys for Defendant-Intervenor Resolution Copper Mining LLC*

*<u>/s/ Miles E. Coleman, with permission (EDN)</u>*
Miles E. Coleman
NELSON MULLINS RILEY
& SCARBOROUGH LLP
2 W. Washington St., Suite 400
Greenville, SC 29601
(864) 373-2352
miles.coleman@nelsonmullins.com

Jeffrey A. Wald
NELSON MULLINS RILEY
& SCARBOROUGH LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
(336) 774-3335
jeffrey.wald@nelsonmullins.com
Madeline C. Bergstrom
NELSON MULLINS RILEY
& SCARBOROUGH LLP
101 Constitution Ave. NW, Suite 900
Washington, DC 20001
(202) 689-2807
madeline.bergstrom@nelsonmullins.com

*Counsel for Plaintiffs Lopez et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, I electronically filed the foregoing with the U.S. District Court for the District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 21, 2026

*/s/ Erika Norman*______
Erika Norman